STEPTOE & JOHNSON LLP
Jeffrey M. Reisner (State Bar No. 143715)
jreisner@steptoe.com
Kerri A. Lyman (State Bar No. 241615)
klyman@steptoe.com
Joshua R. Taylor (admitted *pro hac vice*)
jrtaylor@steptoe.com
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
Telephone: (213) 439-9423
Facsimile:  (213) 439-9599

Proposed Attorneys for the Chapter 11 Debtor and Debtor In Possession

**FILED & ENTERED**

**MAR 05 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY penning   DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>KFIR GAVRIELI,<br><br>    Debtor and Debtor In Possession | Case No. Case No.: 2:21-bk-10826-BB<br><br>Chapter 11 Case<br><br>**ORDER ON DEBTOR'S MOTION ESTABLISHING PROCEDURES FOR MONTHLY PAYMENTS OF FEES AND EXPENSE REIMBURSEMENT**<br><br>[No Hearing Required Unless Requested Pursuant to Local Bankruptcy Rule 2014-1] |

The Court, having read and considered the Debtor's *Notice of Motion and Motion For Order Establishing Procedures For Monthly Payment Of Fees And Expense Reimbursement, the accompanying Memorandum of Points and Authorities, Declaration of Kfir Gavrieli* [Docket No. 78] (the "Motion"), no objection having been filed, the Declaration That No Party Requested a Hearing on Motion having been filed [Docket No. **96**] it further appearing that proper notice of the Motion had been provided, and good cause having been shown,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Professionals who seek payment of fees and expenses, on a monthly basis, shall comply with the procedures set forth in the Motion which are as follows:

1. Commencing as of **March 25, 2021**, and continuing each month thereafter, on the 25th day of each month, or as soon thereafter as possible, each Professional seeking the payment of interim compensation concerning the previous calendar month(s) shall file with the Court and serve on the Office of the United States Trustee, the Debtor and his counsel, the list of twenty largest general unsecured creditors or the Creditors' Committee's counsel, if one is selected, and parties who have requested special notice (collectively, the "Notice Parties"), an application for interim compensation and reimbursement of expenses (a "Monthly Fee Application").

2. Each Monthly Fee Application shall relate to services rendered and expenses incurred during the prior month.

3. Each Monthly Fee Application shall seek payment of interim compensation in an amount equal to 80% of the fees sought and 100% of the expenses incurred during the prior month; and shall indicate the amount requested, the total time expended, the names of the individuals who performed the services, and the hourly billing rate for each such individual. Each Monthly Fee Application shall be accompanied by a detailed listing of the time expended by the individuals who performed the services and the costs incurred during the pertinent month. A proposed form for each Professional to complete on his/her Monthly Fee Application is attached to the Motion as Exhibit "A."

4. Each Professional electing to file a Monthly Fee Application shall serve a copy of said Monthly Fee Application on the Notice Parties.

5. The Debtor then shall file an omnibus Notice of said Monthly Fee Applications, substantially in the form of the Notice attached to the Motion as Exhibit "B" (the "Notice"), on the Notice Parties.

6. Any Objection to the payment of fees or reimbursement of expenses in a Monthly Fee Application must be filed with the Court and served on the Professional(s) whose Monthly Fee Application(s) is (are) the subject of the Objection(s), the Office of the United States Trustee, the Debtor and his counsel, and counsel to Committee within ten (10) calendar days of the date the Notice was mailed (the "Objection Period").

7. If no Objection is timely filed and served within the Objection Period, the Monthly Fee Application shall be deemed approved on an interim basis, and without the Court holding a hearing or entering any further Order thereon, the Debtor is authorized to pay 80% of the fees and 100% of the expenses requested in the Monthly Fee Application(s).

8. If an Objection is timely filed and served, then the Debtor shall be authorized to pay 80% of the fees and 100% of the expenses requested in the Monthly Fee Application(s) that are undisputed. Any disputed amounts shall be considered by the Court at the next hearing to be held pursuant to paragraph 10 below or at such other time as may be noticed by the Professional whose Monthly Fee Application(s) is (are) the subject of a timely filed written objection.

9. Notwithstanding the filing of the Monthly Fee Applications and payment thereof, not earlier than on or about **April 30, 2021**, or such other date as the Court deems appropriate, each Professional who has elected to file a Monthly Fee Application, or is seeking interim compensation, may file with the Court and serve on the Notice Parties an Interim Fee Application with a summary of the activities of the Professional (the "Interim Fee Application"), in accordance with § 331, Bankruptcy Rules 2016 and 2002(a)(6) and the Local Bankruptcy Rules, and a notice of such Interim Fee Application on the Notice Parties. The Interim Fee Applications may seek approval of up to 100% (including the 20% of fees held back from Monthly Fee Applications) of the requested interim compensation and reimbursement of expenses, including any compensation and reimbursement covered by the Monthly Fee Applications, during the prior period. All Interim Fee Applications and hearings shall be held in accordance with the LBR, the Bankruptcy Rules and the requirements of the United States

Trustee.

10. The failure of any party to raise an objection to a Monthly Fee Application shall not be deemed a waiver of such objection for purposes of an Interim Fee Application or a Final Applications for allowance of fees and reimbursement of expenses pursuant to § 330 ("<u>Final Applications</u>"). Nothing in this Motion or in the interim procedures set forth herein shall relieve any Professional from the obligation to file Final Applications.

**IT IS SO ORDERED.**

### #

Date: March 5, 2021

Sheri Bluebond
United States Bankruptcy Judge