

FILED & ENTERED

MAR 31 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Kfir Gavrieli<br><br>Debtor(s). | Case No.: 2:21-bk-10826-BB<br><br>CHAPTER 11<br><br>**ORDER TO SHOW CAUSE RE APPOINTMENT OF CHAPTER 11 TRUSTEE**<br><br>Date:         March 31, 2021<br>Time:        10:00 AM<br>Courtroom: 1539<br><br>**Order to Show Cause hearing set for:**<br>Date:         June 30, 2021<br>Time:        11:00 AM<br>Courtroom: 1539 |

A hearing on the debtor's disclosure statement and status conference in the above-captioned case took place before Hon. Sheri Bluebond, Bankruptcy Judge, on March 31, 2021 at 10:00 a.m. The Court, having taken judicial notice that:

1. A jury of 12 people, after a six-week jury trial in a state court action between the debtor, on the one hand, and creditors Dikla and Dean Unatin (jointly, the "Unatins"), on the other, found in a lengthy and

-1-

detailed verdict form that the Unatins were entitled to judgment in their favor on their claims against the debtor for fraud, breach of fiduciary duty, breach of contract and conversion and that the debtor's wrongful acts were done with malice, oppression and/or fraud; and

2. The state court in that action issued a statement of decision describing the jury's findings as follows:  "On Verdict Form 1, the jury found in favor of Mrs. Unatin and against Mr. Gavrielli on all of her claims:  breach of fiduciary duty regarding the Company, breach of fiduciary duty regarding the outside investments, fraud, conversion, breach of contract, and breach of the convenant of good faith and fair dealing."  The jury also found that Mr. Gavrielli "engaged in malice, oppression and/or fraud with respect to each of Mrs. Unatin's tort claims";

**IT IS HEREBY ORDERED** that a hearing in this case will be held in Courtroom 1539 at 255 East Temple Street, Los Angeles, California 90012 on **June 30, 2021 at 11:00 a.m.** to show cause why a chapter 11 trustee should not be appointed in this case (the "Order to Show Cause").

**IT IS FURTHER ORDERED** that any responses to the Order to Show Cause must be in writing and shall be filed with the Court and served on parties in interest not later than **June 16, 2021.**

**IT IS FURTHER ORDERED** that replies to any such responses must be filed and served not later than **June 23, 2021.**

###

Date: March 31, 2021

Sheri Bluebond
United States Bankruptcy Judge

-3-