LATHAM & WATKINS LLP
  Peter M. Gilhuly (Bar No. 151516)
   *peter.gilhuly@lw.com*
  Daniel Scott Schecter (Bar No. 171472)
   *daniel.schecter@lw.com*
  Nima H. Mohebbi (Bar No. 275453)
   *nima.mohebbi@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Attorneys for Creditors Dikla Gavrieli a/k/a Dikla Gavrieli Unatin and Dean K. Unatin

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>KFIR GAVRIELI,<br><br>        Debtor. | Case No. 2:21-bk-10826-BB<br><br>Chapter 11<br><br>**THE UNATINS' OBJECTION TO APPLICATIONS FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION TO PROFESSIONALS (DKTS. 314, 315, 316, 317, 318, 319, 320, 321, 323)**<br><br>Judge:   Hon. Sheri Bluebond |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

BK NO.: 2:21-bk-10826-BB
UNATINS' OBJECTION TO INTERIM APPLICATIONS
FOR COMPENSATION TO PROFESSIONALS

Creditors Dikla Gavrieli Unatin and Dean Unatin (the "Unatins") hereby submit this Objection to the applications filed by Debtor Kfir Gavrieli's professionals for compensation for services performed by nine of the ten professional firms approved for Debtor and the Committee of Unsecured Creditors of Debtor (the "Committee") between February and April 2021.

In their May 10, 2021 Objection (Dkt. 259), the Unatins were compelled to raise their concerns that, despite only two months having passed since the February 1, 2021 petition date, Debtor's professionals had already reported $1.77 million in fees and expenses.  Now, just one month later and with Committee professionals included, those fees and expenses have ballooned even further to ***over $2.86 million***.[1]  And given the extensive activity by Debtor and the Official Committee in May and June (including the Committee's rushed, unilateral investigation which it transparently performed in an effort to forestall the appointment of a trustee, this figure is very likely to exceed $3.5 million (and perhaps more) when final fee applications are filed reflecting fees through the June 8th appointment of a Chapter 11 trustee).[2]

The Unatins have previously noted their concerns with the fees in this case, and will continue to reserve a full inquiry into the propriety of these fees until all professionals file their final applications.  Nevertheless, the sheer size of these fees in just the first four months of this bankruptcy case are grounds for this objection to ensure that Estate resources are not depleted inappropriately.

Dated:  June 9, 2021

LATHAM & WATKINS LLP
  Peter M. Gilhuly
  Daniel Scott Schecter
  Nima H. Mohebbi

By _____
  Daniel Scott Schecter
Attorneys for Creditors Dikla Gavrieli Unatin
a/k/a Dikla Unatin and Dean Unatin

---

[1] As noted previously, this amount is in addition to the millions of dollars Debtor paid to many of the same professionals in the weeks leading up to the petition date.

[2] A chart summarizing all fee applications to date is attached as Appendix A hereto.

1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

BK NO.: 2:21-bk-10826-BB
UNATINS' OBJECTION TO INTERIM APPLICATIONS
FOR COMPENSATION TO PROFESSIONALS

# Appendix A

| | Total | February Fees (Dkts. 156, 315, 322) | March Fees (Dkts. 233, 243, 315, 322) | April Fees (Dkts. 322, 321, 294, 297) | February Expenses (Dkts. 156, 315, 322) | March Expenses (Dkts. 233, 243, 315, 322) | April Expenses (Dkts. 322, 321, 294, 297) |
|---|---|---|---|---|---|---|---|
| Steptoe & Johnson LLP | $ 1,123,356.31 | $373,354.65 | $421,550.10 | $277,622.10 | $36,272.16 | $8,820.61 | $5,736.69 |
| Theodora Oringher PC | $ 413,287.92 | $98,558.50 | $184,000.00 | $130,372.50 | $142.57 | $188.75 | $25.60 |
| Force Ten Partners, LLC | $ 231,554.35 | $64,093.50 | $62,646.75 | $104,652.00 | $0.00 | $0.00 | $162.10 |
| Hueston Hennigan LLP | $ 469,708.70 | $127,228.50 | $260,918.10 | $73,256.85 | $800.60 | $7,425.07 | $79.58 |
| Holland & Hart LLP | $ 164,391.00 | $35,304.50 | $76,835.00 | $52,251.50 | $0.00 | $0.00 | $0.00 |
| Hochman Salkin Toscher Perez P.C. | $ 58,477.42 | $15,995.25 | $20,891.25 | $21,330.00 | $89.62 | $0.00 | $171.30 |
| Law Offices of A. Lavar Taylor, LLP | $ 26,618.50 | $0.00 | $0.00 | $26,618.50 | $0.00 | $0.00 | $0.00 |
| Hogan Lovells US LLP | $ 318,875.60 | $0.00 | $82,856.50 | $235,031.50 | $0.00 | $0.00 | $987.60 |
| KGI Advisors, Inc. | $ 59,812.50 | $0.00 | $0.00 | $59,812.50 | $0.00 | $0.00 | $0.00 |
| **TOTAL** | **$ 2,866,082.30** | | | | | | |

3

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10250 Constellation Blvd., Suite 1100, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): THE UNATINS' OBJECTION TO APPLICATIONS FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION TO PROFESSIONALS (DKTS. 314, 315, 316, 317, 318, 319, 320, 321, 323)

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 9, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached service list.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 9, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**BY OVERNIGHT MAIL:**
Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 9, 2021 | Aimee Mandel | */s/ Aimee Mandel* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**Electronic Mail Notice List**

| | |
|---|---|
| **William H Brownstein** | Brownsteinlaw.bill@gmail.com |
| **Eryk R Escobar** | eryk.r.escobar@usdoj.gov |
| **William N Lobel** | wlobel@tocounsel.com, jokeefe@tocounsel.com; sschuster@tocounsel.com |
| **Kerri A Lyman** | klyman@steptoe.com, #-FirmPSDocketing@Steptoe.com; nmorneault@Steptoe.com; mhernandez@steptoe.com; aodonnell@steptoe.com |
| **Edward J McNeilly** | edward.mcneilly@hoganlovells.com |
| **Jeffrey M. Reisner** | jreisner@steptoe.com, #-FirmPSDocketing@Steptoe.com; klyman@steptoe.com; nmorneault@Steptoe.com |
| **Najah J Shariff** | najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov |
| **United States Trustee (LA)** | ustpregion16.la.ecf@usdoj.gov |
| **Johnny White** | JWhite@wrslawyers.com, aparisi@wrslawyers.com; eweiman@wrslawyers.com; chamilton@wrslawyers.com |
| **Richard Lee Wynne** | richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com; cindy.mitchell@hoganlovells.com; rick-wynne-7245@ecf.pacerpro.com |