**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
ERYK R. ESCOBAR, State Bar No. 281904
TRIAL ATTORNEY
**OFFICE OF THE UNITED STATES TRUSTEE**
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
(202) 934-4168 telephone
(213) 894-2603 facsimile
Email: eryk.r.escobar@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>KFIR GAVRIELI,[1]<br><br>Debtor. | Case No.: 2:21-bk-10826-BB<br><br>Chapter 11<br><br>**NOTICE OF MEETING OF CREDITORS PURSUANT TO 11 U.S.C. § 1104(b) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2007.1** |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, DEBTOR AND HIS COUNSEL, AND ALL PARTIES IN INTEREST:**

You are hereby notified that the Meeting of Creditors pursuant to section 1104(b) of Title 11 of the United States Code in the above-entitled matter is set for **July 13, 2021 at 9:15 a.m.** The meeting shall be conducted telephonically and may be accessed by dialing in as follows:

Conference Line: 1-866-816-0394

Participant Code: 5282999

---

[1] The following social security number is provided pursuant to Federal Rule of Bankruptcy Procedure 2002(a)(1): xxx-xx-0495.

- 1 -

| | | |
|---|---|---|
| 1 | Dated: June 22, 2021 | PETER C. ANDERSON |
| 2 | | UNITED STATES TRUSTEE |

/s/ Eryk R. Escobar
By:  Eryk R. Escobar
        Attorney for United States Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>Kfir Gavrieli | CASE NO: 2:21-bk-10826-BB<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 11 |

On 6/22/2021, I did cause a copy of the following documents, described below,

Notice of Meeting of Creditors Pursuant to 11 U.S.C. 1104(b) and Federal Rule of Bankruptcy Procedure 2007.1

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/22/2021

/s/ Eryk R. Escobar
Eryk R. Escobar   281904
Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
915 WILSHIRE BLVD., SUITE 1850
LOS ANGELES, CA  90017
213 894 6811

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 2:21-bk-10826-BB |
| Kfir Gavrieli | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |

On 6/22/2021, a copy of the following documents, described below,

Notice of Meeting of Creditors Pursuant to 11 U.S.C. 1104(b) and Federal Rule of Bankruptcy Procedure 2007.1

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/22/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Eryk R. Escobar
OFFICE OF THE UNITED STATES TRUSTEE
915 WILSHIRE BLVD., SUITE 1850
LOS ANGELES, CA  90017

PARTIES DESIGNATED AS "BK-IDS" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" RECEIVED/HAVE RECEIVED NEF NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| A. LAVAR TAYLOR LLP<br>3 HUTTON CENTRE DR. STE. 500<br>SANTA ANA CA 92707-8711 | THEODORA ORINGHER PC<br>535 ANTON BLVD. 9TH FLR.<br>COSTA MESA CA 92626-7109 | ~~EXCLUDE~~<br>~~UNITED STATES BANKRUPTCY COURT~~<br>~~255 EAST TEMPLE STREET~~<br>~~LOS ANGELES CA 90012-3332~~ |
| ADAM MILSTEIN<br>16027 VENTURA BLVD. SUITE 500<br>ENCINO CA 91436-4458 | ALBERT LIU<br>1688 PINE STREET W402<br>SAN FRANCISCO CA 94109-4864 | ASHWINI UPADHYAYA<br>171 E 84TH ST. APT. 16G<br>NEW YORK NY 10028-2081 |
| CASA HERMOSA<br>2980 BEVERLY GLEN CIRCLE<br>SUITE 3000<br>BEL AIR CA 90077-1726 | DAN NIR<br>9111 COLLINS AVENUE NPH3<br>SURFSIDE FL 33154-3166 | DAN NIR<br>CO SUZANNE AIELLO RVC FAMILY ADVISORS<br>265 SUNRISE HIGHWAY SUITE 1-307<br>ROCKVILLE CENTRE NY 11570-4912 |
| DEAN & DIKLA UNATIN<br>7405 W 80TH STREET<br>LOS ANGELES CA 90045-6806 | DEAN UNATIN & DIKLA GAVRIELI<br>(A/K/A DIKLA GAVRIELI UNATIN)<br>LATHAM & WATKINS LLP<br>ATTN: PETER GILHULY<br>355 SOUTH GRAND AVENUE<br>LOS ANGELES CALIFORNIA 90071-3104 | DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| DICK BROUWER<br>45 WILLOW RD.<br>MENLO PARK CA 94025-3671 | DRIVE INSURANCE<br>SIMA FRIDA BARNOY<br>PO BOX 5035<br>WEST HILLS CA 91308-5035 | EYAL BILGRAI<br>771 18TH AVENUE<br>MENLO PARK CA 94025-2017 |
| FRANCHISE TAX BOARD<br>PERSONAL BANKRUPTCY MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | GAM INVESTMENTS LLC<br>C/O ROMAN MARGOLIN M3G CAPITAL LLC<br>100 DE SABLA RD.<br>HILLSBOROUGH CA 94010-6804 | GOODBANK IRREVOCABLE TRUST<br>6732 LOPEZ CANYON WAY<br>SAN DIEGO CA 92126-6083 |
| HARRY ZIMMERMAN<br>310 COMSTOCK AVENUE<br>LOS ANGELES CA 90024-2627 | HAVIV GAVRIELI<br>11733 SHERMAN WAY<br>NORTH HOLLYWOOD CA 91605-3721 | HOCHMAN SALKIN TOSCHER PEREZ PC<br>9150 WILSHIRE BLVD. SUITE 300<br>BEVERLY HILLS CA 90212-3430 |
| HORVITZ & LEVY LLP<br>3601 WEST OLIVE AVE.<br>8TH FLOOR<br>BURBANK CA 91505-4681 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNATIONAL<br>JASON FUNG<br>FLAT 15/C TOWER 2 PARK TOWERS<br>1 KING S RD. NORTH POINT<br>HONG KONG CHINA |
| KRKB FAMILY TRUST<br>100 DE SABLA ROAD<br>HILLSBOROUGH CA 94010-6804 | LATHAM & WATKINS LLP<br>ATTN: DANIEL SCHECTER<br>10250 CONSTELLATION BLVD. 1100<br>LOS ANGELES CA 90067-6268 | LINCOLN FINANCIAL GROUP<br>PO BOX 21008<br>GREENSBORO NC 27420-1008 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" SHOULD HAVE RECEIVED THIS NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MILLER BARONDESS LLP<br>1999 AVENUE OF THE STARS<br>SUITE 1000<br>LOS ANGELES CA 90067-4632 | MIRA GAVRIELI<br>10829 WINNETKA AVENUE<br>CHATSWORTH CA 91311-1846 | MONTANA BWB LLC<br>11771 MONTANA AVE.<br>LOS ANGELES CA 90049-6716 |
| MONTANA BWB LLC<br>11771 MONTANA AVE. NO. 215<br>LOS ANGELES CA 90049-6719 | NATIONAL GENERAL INSURANCE COMPANY<br>3800 CONCOURS ST. NO. 200<br>ONTARIO CA 91764-7995 | PONVALLEY LLC<br>1732 AVIATION BLVD. NO. 211<br>RENDONDO BEACH CA 90278-2810 |
| RAVI SARIN<br>10216 CIELO DRIVE<br>BEVERLY HILLS CA 90210-2035 | RONALD PAZ VARGAS<br>AV PRESIDENTE JUSCELINO<br>KUBITSCHEK 1545 NO. 203<br>ITAIM BIBI SAO PAULO 04543-011 | INTERNATIONAL<br>SONIA YU<br>3 KENNEDY RD.<br>THE ROYAL COURT APT. 7B<br>CENTRAL HONG KONG |
| THE AUDREY E. NOWACEK<br>IRREVOCABLE TRUST 2003<br>2101 EAST COAST HIGHWAY NO. 250<br>CORONA DEL MAR CA 92625-1928 | THE CARSON D. KRUIDENIER<br>IRREVOCABLE TRUST 2009<br>2101 EAST COAST HIGHWAY NO. 250<br>CORONA DEL MAR CA 92625-1928 | THE GRAEME PERRY KRUIDENIER<br>IRREVOCABLE TRUST 2011<br>2101 EAST COAST HIGHWAY NO. 250<br>CORONA DEL MAR CA 92625-1928 |
| THE MADILYN M NOWACEK<br>IRREVOCABLE TRUST<br>2101 EAST COAST HIGHWAY NO. 250<br>CORONA DEL MAR CA 92625-1928 | THE OREILLY 2010 CHILDRENS TRUST<br>FBO AILEEN KRUIDENIER<br>2101 EAST COAST HIGHWAY NO. 250<br>CORONA DEL MAR CA 92625-1928 | THE OREILLY 2010 CHILDRENS TRUST<br>FBO HELEN NOWACEK<br>2101 EAST COAST HIGHWAY NO. 250<br>CORONA DEL MAR CA 92625-1928 |
| THE RAMS FOOTBALL COMPANY LLC<br>2101 EAST COAST HIGHWAY NO. 250<br>CORONA DEL MAR CA 92625-1928 | JEFFREY M. REISNER & KERRI A. LYMAN<br>STEPTOE & JOHNSON LLP<br>633 WEST FIFTH STREET SUITE 1900<br>LOS ANGELES CA 90071-2015 | KFIR GAVRIELI<br>1171 MONTANA AVENUE #215<br>LOS ANGELES CA 90049 |
| SARA L. CHENETZ<br>PERKINS COIE LLP<br>1888 CENTURY PARK EAST SUITE 1700<br>LOS ANGELES CA 90067-1721 | WILLIAM HAROLD BROWNSTEIN<br>WILLIAM H. BROWNSTEIN & ASSOCIATES P.C.<br>11740 WILSHIRE BOULEVARD SUITE A2301<br>LOS ANGELES CA 90025-6531 | WILLIAM N LOBEL<br>THEODORA ORINGHER<br>535 ANTON BLVD. NINTH FLOOR<br>COSTA MESA CA 92626-1947 |