Steven J. Green
sgreen@kginc.com
KGI Advisors, Inc.
12300 Wilshire Blvd; Suite 300
Los Angeles, California 90025
Telephone: (310) 829-0255
Facsimile: (310) 453-6324

*Financial Advisor for the Official Committee of*
*Unsecured Creditors of Kfir Gavrieli*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:21-bk-10826-BB |
| KFIR GAVRIELI, | Chapter 11 |
| Debtor. | |
| | **KGI ADVISORS, INC.'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD May 1-31, 2021** |
| | [No Hearing Required Unless Requested Pursuant to Local Bankruptcy Rule 2014-1] |

1.    KGI Advisors, Inc. ("KGI") submits its Monthly fee Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses (the "Application") for the Period May 1, 2021 through May 31, 2021 (the "Application Period") for work performed for the Official Committee of Unsecured Creditors of Kfir Gavrieli (the "Committee"). In support of the Application, KGI respectfully represents as follows:

2.    KGI is financial advisor to the Committee. KGI hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

3.    KGI billed a total of $135,321.25 in fees and expenses during the Application Period. The total fees represent 251.85 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| May 1-31, 2021 | $135,321.25 | -- | $135,321.25 |

4.    For the postpetition period, KGI has been paid to date as follows:

| Application Period | Amount | Description |
|---|---|---|
| 1st Monthly (April 14-30, 2021) | -- | |
| Total Paid to the Firm to Date | -- | |

5.    To date, KGI is owed as follows (excluding amounts owed pursuant to this Application):

| Application Period | Amount | Description |
|---|---|---|
| 1st Monthly (April 14-30, 2021) | $59,812.50 | 100% of Fees and Expenses for April 2021 |
| Total Owed to the Firm to Date | $59,812.50 | |

6.    Accordingly, KGI seeks interim allowance of fees in the amount of $135,321.25 and expenses in the amount of $0.00 at this time.

7.    KGI seeks payment of $108,257.00 at this time (80% of the fees for services rendered).

8.    Attached as **Exhibit A** hereto is the name of each professional or paraprofessional who performed services in connection with this case during the period covered by the Application and the hourly rate for each such professional or paraprofessional. Attached as **Exhibit B** hereto are the detailed time and expense statements for the Application Period.

9.    KGI has served a copy of this Application on the Office of the United States Trustee, the Debtor, counsel to the Debtor, the chapter 11 trustee and counsel to the chapter 11 trustee. The Application was mailed by first class mail, postage prepaid, on or about June 30, 2021. Notice of the filing of this Application was served on the foregoing parties as well as any party who has requested special notice in this chapter 11 case as of the date of the notice.

10.    Pursuant to this Court's *Order on Debtor's Motion Establishing Procedures for Monthly Payment of Fees and Expense Reimbursement* [D.I. 103], the Debtor is authorized to make the payment requested herein without further hearing or order of the Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application. If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court. If no objection is filed, the Debtor is authorized to pay 80% of all fees and 100% of all expenses requested in this Application without further order of this Court.

11.    The interim compensation and reimbursement of expenses sought in this Application is not final. Upon the conclusion of this case, KGI will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in this case. Any interim fees or reimbursement of expenses approved by this Court and received by KGI will be credited against such final fees and expenses as may be allowed by this Court.

WHEREFORE, KGI respectfully requests that the Debtor pay compensation to KGI as requested herein pursuant to and in accordance with the terms of the *Order on Debtors Motion Establishing Procedures for Monthly Payment of Fees and Expense Reimbursement.*

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: June 30, 2021

KGI Advisors, Inc.

By: _____
Steven J. Green
*Financial Advisor for the Official Committee*
*of Unsecured Creditors*

# EXHIBIT A

| Name | Title | Hourly Rate | Hours |
|---|---|---|---|
| Steve Green | President | $650.00 | 38.60 |
| Gerry Seli | Managing Director | $525.00 | 207.50 |
| Charles Copeland | Paraprofessional | $225.00 | 5.75 |

# EXHIBIT B



Invoice Date: 06/30/21

Invoice Number: 19464

For Professional Fees for the period: 5/1/2021   through   5/31/2021

### Professional Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Charles Copeland | 5.75 | 225.00 | $1,293.75 |
| Steven J. Green | 38.60 | 650.00 | $25,090.00 |
| Gerry Seli | 207.50 | 525.00 | $108,937.50 |

Professional Fees

| | | | | Hours | Amount |
|---|---|---|---|------:|-------:|
| **B110 - Administration** | | | | | |
| 5/24/2021 - | SJG | Review various emails among Hogan Lovells, Gerry and myself. | | 0.70 | 455.00 |
| 5/27/2021 - | GS | Reorganize KGI database of case filings and case data. | | 1.50 | 787.50 |
| | SUBTOTAL: | | [ | 2.20 | 1,242.50] |
| **B120 - Asset Analysis** | | | | | |
| 5/3/2021 - | GS | Review and analysis of Debtor Plan of Reorganization, Disclosure Statement, and State Court litigation documentation. | | 0.50 | 262.50 |

**KGI Advisors Inc., 12300 Wilshire Blvd. Suite 300, Los Angeles, CA  90025**

Page    2

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/4/2021 - | GS | Review and analysis of Debtor Plan of Reorganization, Disclosure Statement, and State Court litigation documentation. | 0.60 | 315.00 |
| 5/5/2021 - | GS | Review and analysis of financial information pertaining to Gavrieli Brands. | 0.60 | 315.00 |
| - | GS | Review and analysis of Debtor Plan of Reorganization, Disclosure Statement, and State Court litigation documentation. | 0.40 | 210.00 |
| | SUBTOTAL: | | [    2.10 | 1,102.50] |

### B121 - Data and Financial

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/3/2021 - | GS | Teleconference with B. Spiegel (Hogan Lovells) to discuss case issues, UCC information requests, KGI near-term work plan, and status of Debtor mediation proceedings. | 0.60 | 315.00 |
| - | GS | Review and analysis of Debtor's Amended Schedules of Assets and Liabilities. | 0.50 | 262.50 |
| - | GS | Teleconference with Steve Green to discuss case issues, KGI work planning, and Debtor real estate investments. | 0.30 | 157.50 |
| - | SJG | Prepare and call with Gerry and B. Spiegel (Hogan Lovells) to discuss financial data and information from the Debtor, review Debtor real estate investments. | 0.90 | 585.00 |
| 5/4/2021 - | GS | Teleconference with Hogan Lovells and Steve Green to discuss case issues, UCC information requests, UCC investigation report process, and status of Debtor mediation proceedings. | 0.70 | 367.50 |
| - | GS | Review and analysis of the Debtor's Plan of Reorganization financial projections. | 0.50 | 262.50 |

Page    3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/4/2021 - | SJG | Prepare for call, discussion with Hogan Lovells (B. Spiegel, R. Wynne) and Gerry regarding KGI scope of work for hearing for a Trustee. | 0.70 | 455.00 |
| 5/5/2021 - | GS | Teleconference with B. Spiegel (Hogan Lovells) to discuss case issues, UCC information requests, UCC investigation report process, and status of Debtor mediation proceedings. | 0.30 | 157.50 |
| - | SJG | Review various emails, and UCC counsel Trustee motion. | 0.30 | 195.00 |
| 5/7/2021 - | GS | Teleconference with B. Spiegel (Hogan Lovells) to discuss case issues, UCC information requests, and UCC investigation report process. | 0.40 | 210.00 |
| - | GS | Review and analysis of the Debtor's Plan of Reorganization financial projections. | 1.50 | 787.50 |
| - | GS | Review and analysis of the Debtor's Schedules of Assets and Liabilities and SOFA's. | 1.50 | 787.50 |
| 5/8/2021 - | GS | Teleconference with B. Spiegel (Hogan Lovells) to discuss case issues, UCC information requests, and UCC investigation report process. | 0.60 | 315.00 |
| - | GS | Review and analysis of the Debtor's Plan of Reorganization financial projections. | 0.70 | 367.50 |
| - | SJG | Review and compile information for Debtor's motion to support Steve Green as the "clearinghouse" for Gavrieli Brands financial information. | 0.70 | 455.00 |
| - | SJG | Review and provide input for KGI data and information request to the Debtor. | 1.10 | 715.00 |
| 5/9/2021 - | SJG | Prepare for and call with R. Wynne (Hogan Lovells) to discuss KGI scope of work, status of case. | 0.50 | 325.00 |

Page     4

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/10/2021 - | GS | Teleconference with Steve Green to discuss case issues, KGI work planning and information requests, and UCC investigation report content and process. | 0.50 | 262.50 |
| - | GS | Review case filings, Disclosure Statement, and Plan of Reorganization documents in connection with UCC investigation. | 1.00 | 525.00 |
| - | SJG | Review Daniel Murillo testimony transcripts from October 18 and 23, 2019. | 1.20 | 780.00 |
| - | SJG | Prepare and call with Gerry to discuss UCC investigation, case strategies and next steps. | 0.50 | 325.00 |
| 5/11/2021 - | GS | Teleconferences with B. Spiegel (Hogan Lovells) to discuss case issues, UCC information requests, and UCC investigation report process. | 0.80 | 420.00 |
| 5/12/2021 - | GS | Teleconferences with B. Spiegel (Hogan Lovells) to discuss case issues, UCC information requests, UCC investigation report process, and informal interview of the Debtor. | 0.80 | 420.00 |
| - | GS | Teleconference with Hogan Lovells, Debtor counsel, and Debtor financial advisor to discuss case issues and the status of UCC information requests in support of the UCC's investigation report. | 1.10 | 577.50 |
| - | GS | UCC professionals (KGI and Hogan Lovells) video conference interview of the Debtor Kfir Gavrieli (with Debtor counsel present) to discuss various questions and information requests in connection with the UCC's investigation, including the Debtor's various prepetition investment transactions, funding for the Debtor's legal expenses, the POR "Back-Stop" revolving line of credit, and the financial performance of Gavrieli Brands. | 1.80 | 945.00 |
| - | SJG | Review materials, provide input for interview call with Debtor today. | 0.70 | 455.00 |

Page     5

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/13/2021 - | GS | Teleconference with E. McNeilly (Hogan Lovells) to discuss case issues and the UCC investigation report process. | 0.30 | 157.50 |
| - | GS | Review prior State Court Litigation proceedings in connection with the UCC investigation. | 0.80 | 420.00 |
| - | GS | Review Disclosure Statement and POR documents, and Unatin's Disclosure Statement objection, in connection with the UCC investigation. | 0.50 | 262.50 |
| - | GS | Teleconference with Steve Green to discuss case issues, UCC investigation report content and process, and KGI informal interview of the Debtor. | 0.70 | 367.50 |
| - | SJG | Prepare and discuss with Gerry interview call with Debtor yesterday, and data and information for the UCC investigation report. | 0.70 | 455.00 |
| 5/14/2021 - | GS | Review case filings, Disclosure Statement, and Plan of Reorganization documents in connection with UCC investigation. | 1.80 | 945.00 |
| - | GS | Review Debtor's Monthly Operating Report for the month of April 2021. | 0.30 | 157.50 |
| 5/15/2021 - | GS | Review case filings, Disclosure Statement, and Plan of Reorganization documents in connection with UCC investigation. | 1.30 | 682.50 |
| 5/16/2021 - | GS | Review case filings, Disclosure Statement, Plan of Reorganization, and State Court litigation documents in connection with UCC investigation. | 1.50 | 787.50 |
| 5/17/2021 - | GS | Review case filings, Disclosure Statement, Plan of Reorganization, and State Court litigation documents in connection with UCC investigation. | 1.00 | 525.00 |
| - | GS | Teleconference with B. Spiegel (Hogan Lovells), Debtor counsel and Debtor financial advisor to discuss UCC information requests and UCC investigation report process. | 0.40 | 210.00 |

Page    6

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/17/2021 - | GS | Teleconferences with B. Spiegel (Hogan Lovells) to discuss case issues, UCC information requests, UCC investigation report process, and status of Debtor mediation. | 0.70 | 367.50 |
| - | SJG | Review Debtor's April MOR. | 0.60 | 390.00 |
| - | SJG | Review and compile notes from Motion to Object to Compromise filed by Unatins dated 5/17/2021. | 0.90 | 585.00 |
| - | SJG | Review Debtor's Disclosure Statement dated 2/8/2021, and Unatins objections to Disclosure Statement dated 3/24/2021. | 1.30 | 845.00 |
| - | SJG | Review Unatins case management conference statement dated 3/31/2021, and Schecter declaration regarding objection to Debtor's Disclosure Statement. | 1.10 | 715.00 |
| 5/18/2021 - | GS | Review case filings, Disclosure Statement, Plan of Reorganization, and State Court litigation documents in connection with UCC investigation. | 1.00 | 525.00 |
| - | GS | Teleconference with B. Spiegel (Hogan Lovells) and S. Tensmeyer (Holland Hart) to discuss the Debtor investments adjudicated in State Court litigation and UCC information requests. | 0.70 | 367.50 |
| - | GS | Teleconferences with B. Spiegel (Hogan Lovells) to discuss case issues, UCC information requests, and UCC investigation report status and content. | 0.40 | 210.00 |
| - | SJG | Review Daniel Murillo deposition transcript dated 6/4/18, review various assets and transactions DMKG, AQP I, AQP II, Macon MB. | 1.20 | 780.00 |
| - | SJG | Call with R. Wynne (Hogan Lovells) to review case strategy and scope of UCC investigation report. | 0.50 | 325.00 |

Page    7

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/19/2021 - | GS | Review case filings, Disclosure Statement, Plan of Reorganization, and State Court litigation documents in connection with UCC investigation. | 1.00 | 525.00 |
| - | SJG | Analyze and vet elements of the Debtor's POR financial projections. | 1.40 | 910.00 |
| 5/20/2021 - | GS | Review case filings, Disclosure Statement, Plan of Reorganization, and State Court litigation documents in connection with UCC investigation. | 0.50 | 262.50 |
| - | GS | Teleconferences with B. Spiegel (Hogan Lovells) to discuss case issues, UCC information requests, and UCC investigation report status and content. | 0.50 | 262.50 |
| 5/21/2021 - | GS | Review case filings, Disclosure Statement, Plan of Reorganization, and State Court litigation documents in connection with UCC investigation. | 0.50 | 262.50 |
| - | GS | Teleconferences with Debtor financial advisor to discuss UCC information requests pertaining to the UCC investigation, the Debtor's Plan Financial Projections, and the Debtor's Schedules. | 0.70 | 367.50 |
| 5/22/2021 - | GS | Review case filings, Disclosure Statement, Plan of Reorganization, and State Court litigation documents in connection with UCC investigation. | 0.50 | 262.50 |
| 5/23/2021 - | GS | Review case filings, Disclosure Statement, Plan of Reorganization, and State Court litigation documents in connection with UCC investigation. | 0.50 | 262.50 |
| - | GS | Review and analysis of the Debtor's Plan of Reorganization financial projections and Schedules. | 2.00 | 1,050.00 |
| 5/24/2021 - | GS | Review case filings, Disclosure Statement, Plan of Reorganization, and State Court litigation documents in connection with UCC investigation. | 1.00 | 525.00 |

Page    8

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/24/2021 - | GS | Review and analysis of the Debtor's Plan of Reorganization financial projections and Schedules. | 1.00 | 525.00 |
| 5/27/2021 - | GS | Review case filings documents in connection with UCC investigation report. | 1.50 | 787.50 |
| - | GS | Teleconference with Steve Green to discuss KGI UCC investigation report, case issues, and KGI work plan going forward. | 0.70 | 367.50 |
| - | SJG | Call with Gerry to review UCC investigation report and update case strategies. | 0.70 | 455.00 |
| | SUBTOTAL: | | [    50.40 | 28,335.00] |

B123 - Valuation Analysis

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/3/2021 - | GS | Teleconference with Debtor financial advisor to discuss KGI information requests and Debtor real estate asset valuation methodologies. | 0.60 | 315.00 |
| - | GS | Analysis of Debtor real estate assets reported values, and accounting and supporting documentation. | 1.60 | 840.00 |
| 5/4/2021 - | GS | Analysis of Debtor real estate assets reported values, and accounting and supporting documentation. | 0.80 | 420.00 |
| 5/5/2021 - | GS | Analysis of Debtor investment assets reported values, and accounting and supporting documentation. | 0.80 | 420.00 |
| 5/6/2021 - | GS | Analysis of Debtor investment assets reported values, and accounting and supporting documentation. | 1.00 | 525.00 |
| 5/7/2021 - | GS | Analysis of Debtor investment assets reported values, and accounting and supporting documentation. | 3.50 | 1,837.50 |

| Date | | Staff | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/7/2021 | - | SJG | Research and analyze third-party real estate valuations and cap rates. | 0.70 | 455.00 |
| | - | SJG | Review and assess valuations and cap rates for Debtor's real estate assets. | 0.50 | 325.00 |
| 5/8/2021 | - | GS | Analysis of Debtor investment assets reported values, and accounting and supporting documentation. | 2.80 | 1,470.00 |
| 5/10/2021 | - | GS | Analysis of Debtor investment assets reported values, and accounting and supporting documentation. | 2.50 | 1,312.50 |
| 5/11/2021 | - | GS | Analysis of Debtor investment assets reported values, and accounting and supporting documentation. | 2.00 | 1,050.00 |
| 5/12/2021 | - | GS | Analysis of Debtor investment assets reported values, and accounting and supporting documentation. | 1.00 | 525.00 |
| 5/13/2021 | - | GS | Analysis of Debtor investment assets reported values, and accounting and supporting documentation. | 1.80 | 945.00 |
| 5/14/2021 | - | GS | Analysis of Debtor investment assets reported values, and accounting and supporting documentation. | 2.50 | 1,312.50 |
| 5/15/2021 | - | GS | Analysis of Debtor investment assets reported values, and accounting and supporting documentation. | 1.40 | 735.00 |
| 5/16/2021 | - | GS | Analysis of Debtor investment assets reported values, and accounting and supporting documentation. | 1.30 | 682.50 |
| 5/17/2021 | - | GS | Analysis of Debtor investment assets reported values, and accounting and supporting documentation. | 3.00 | 1,575.00 |

Page   10

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/18/2021 - | GS | Analysis of Debtor investment assets reported values, and accounting and supporting documentation. | 2.50 | 1,312.50 |
| 5/19/2021 - | GS | Analysis of Debtor investment assets reported values, and accounting and supporting documentation. | 3.00 | 1,575.00 |
| - | SJG | Research and analyze valuation and financial metrics for Gavrieli Brands. | 1.30 | 845.00 |
| - | SJG | Review and analysis of various Debtor asset valuation data for UCC investigation report. | 0.80 | 520.00 |
| - | SJG | Review Debtor's response to UCC information requests regarding Cryptocurrency, Cleopatra, and Gavrieli Brands financial statements dated 12/31/2019. | 0.70 | 455.00 |
| 5/20/2021 - | GS | Analysis of Debtor investment assets reported values, and accounting and supporting documentation. | 2.00 | 1,050.00 |
| 5/21/2021 - | GS | Analysis of Debtor investment assets reported values, and accounting and supporting documentation. | 2.00 | 1,050.00 |
| - | SJG | Review and analyze Sunrise Oil and Permian Yield investment memoranda. | 0.90 | 585.00 |
| 5/22/2021 - | GS | Analysis of Debtor investment assets reported values, and accounting and supporting documentation. | 3.00 | 1,575.00 |
| - | SJG | Review and assess valuation for FDLSF, Permian, AQP I and II, and Live Oak. | 1.80 | 1,170.00 |
| 5/23/2021 - | GS | Analysis of Debtor investment assets reported values, and accounting and supporting documentation. | 1.50 | 787.50 |

Page    11

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/24/2021 - | GS | Analysis of Debtor investment assets reported values, and accounting and supporting documentation. | 1.50 | 787.50 |
| 5/25/2021 - | GS | Analysis of Debtor investment assets reported values, and accounting and supporting documentation. | 1.00 | 525.00 |
| 5/26/2021 - | GS | Analysis of Gavrieli Brands LLC ("Company") financial performance trends and valuation of Debtor's interest in Company, and supporting documentation. | 3.00 | 1,575.00 |
| | SUBTOTAL: | | [   52.80 | 28,557.50] |

B124 - Claims Analysis and Rec

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/8/2021 - | GS | Review and analysis of the Debtor's filed Proof of Claims and Claims Register. | 0.80 | 420.00 |
| 5/17/2021 - | GS | Analysis of Debtor claims reported amounts and supporting documentation. | 1.00 | 525.00 |
| 5/18/2021 - | GS | Analysis of Debtor claims reported amounts and supporting documentation. | 2.00 | 1,050.00 |
| 5/19/2021 - | GS | Analysis of Debtor claims reported amounts and supporting documentation. | 1.00 | 525.00 |
| 5/20/2021 - | GS | Analysis of Debtor claims reported amounts and supporting documentation. | 2.00 | 1,050.00 |
| 5/21/2021 - | GS | Analysis of Debtor claims reported amounts and supporting documentation. | 1.50 | 787.50 |
| - | SJG | Review claims documents: IRS and FTB priority tax claims, and various secured claims. | 0.90 | 585.00 |
| 5/22/2021 - | GS | Analysis of Debtor claims reported amounts and supporting documentation. | 1.50 | 787.50 |

Page    12

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/23/2021 - | GS | Analysis of Debtor claims reported amounts and supporting documentation. | 2.00 | 1,050.00 |
| 5/24/2021 - | GS | Analysis of Debtor claims reported amounts and supporting documentation. | 1.00 | 525.00 |
| 5/25/2021 - | GS | Analysis of Debtor claims reported amounts and supporting documentation. | 1.00 | 525.00 |
| | SUBTOTAL: | | [    14.70 | 7,830.00] |

B127 - Drafting Declarations

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/7/2021 - | GS | Draft detailed UCC information request list for the Debtor in connection with the UCC investigation report. | 2.50 | 1,312.50 |
| 5/8/2021 - | GS | Draft detailed UCC information request list for the Debtor in connection with the UCC investigation report. | 1.20 | 630.00 |
| 5/11/2021 - | GS | Draft updated UCC information request list reflecting information received from the Debtor in connection with the UCC investigation report. | 1.20 | 630.00 |
| 5/14/2021 - | GS | Review and compile updated status of outstanding UCC information requests in connection with the UCC investigation report. | 0.40 | 210.00 |
| 5/15/2021 - | GS | Develop template and outline for UCC investigation report. | 1.30 | 682.50 |
| 5/16/2021 - | GS | Draft UCC investigation report. | 5.20 | 2,730.00 |
| 5/17/2021 - | GS | Draft UCC investigation report (KGI scope, engagement, work plan to date, and key assumptions sections). | 2.00 | 1,050.00 |
| - | GS | Draft UCC investigation report (key prepetition transactions sections). | 3.00 | 1,575.00 |

Page    13

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/17/2021 - | GS | Draft UCC investigation report (various assets and investments sections). | 3.00 | 1,575.00 |
| - | GS | Teleconference with Debtor financial advisor to discuss UCC information requests related to the Debtor's real estate investments. | 0.10 | 52.50 |
| 5/18/2021 - | GS | Draft UCC investigation report (key prepetition transactions sections). | 4.00 | 2,100.00 |
| - | GS | Draft UCC investigation report (various assets and investments sections). | 4.00 | 2,100.00 |
| - | GS | Teleconferences with Debtor financial advisor to discuss UCC information requests related to the Debtor's investments. | 0.70 | 367.50 |
| 5/19/2021 - | GS | Draft UCC investigation report (key prepetition transactions sections). | 5.00 | 2,625.00 |
| - | GS | Draft UCC investigation report (various assets and investments sections). | 5.00 | 2,625.00 |
| - | GS | Teleconferences with Debtor financial advisor to discuss UCC information requests related to the Debtor's investments. | 0.10 | 52.50 |
| 5/20/2021 - | GS | Draft UCC investigation report (key prepetition transactions sections). | 5.00 | 2,625.00 |
| - | GS | Draft UCC investigation report (various assets and investments sections). | 5.00 | 2,625.00 |
| - | GS | Teleconferences with Debtor financial advisor to discuss UCC information requests pertaining to the UCC investigation, the Debtor's Plan Financial Projections, and the Debtor's Schedules. | 0.20 | 105.00 |
| - | SJG | Review and edit initial drafts of the KGI scope, engagement, disclaimers and key assumptions sections for the UCC investigation report. | 1.10 | 715.00 |

Page    14

|  | | | Hours | Amount |
|---|---|---|---|---|
| 5/21/2021 - | GS | Draft UCC investigation report (key prepetition transactions sections). | 6.00 | 3,150.00 |
| - | GS | Draft UCC investigation report (various assets and investments sections). | 5.00 | 2,625.00 |
| - | SJG | Review and edit initial drafts of the KGI scope, engagement, disclaimers and key assumptions sections for the UCC investigation report. | 1.60 | 1,040.00 |
| 5/22/2021 - | GS | Draft UCC investigation report (key prepetition transactions sections). | 4.00 | 2,100.00 |
| - | GS | Draft UCC investigation report (various assets and investments sections). | 4.00 | 2,100.00 |
| - | GS | Draft UCC investigation report (secured and unsecured claims sections). | 2.00 | 1,050.00 |
| - | GS | Teleconference with Debtor financial advisor to discuss UCC information requests pertaining to the UCC investigation, the Debtor's Plan Financial Projections, and the Debtor's Schedules. | 0.40 | 210.00 |
| - | SJG | Review and edit KGI drafts of UCC investigation report sections regarding Dan Nir transactions, FDLSF, AQP I and II, Live Oak. | 1.70 | 1,105.00 |
| - | SJG | Review and edit KGI drafts of UCC investigation report sections regarding J. Sanberg related transactions and Gavrieli Brands. | 1.60 | 1,040.00 |
| 5/23/2021 - | GS | Draft UCC investigation report (various prepetition transactions, assets and investments sections). | 3.00 | 1,575.00 |
| - | GS | Draft UCC investigation report (secured and unsecured claims sections). | 4.00 | 2,100.00 |
| - | GS | Draft UCC investigation report (Plan funding and financial projections sections). | 2.00 | 1,050.00 |

Page    15

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/23/2021 - | GS | Teleconference with B. Spiegel (Hogan Lovells) to discuss case issues, UCC information requests, and UCC investigation report status and content. | 0.20 | 105.00 |
| - | GS | Teleconference with Debtor financial advisor to discuss UCC information requests pertaining to the UCC investigation, the Debtor's Plan Financial Projections, and the Debtor's Schedules. | 0.50 | 262.50 |
| - | SJG | Review and edit KGI drafts of UCC investigation report sections regarding WaveHealth, Jefferson, Exposition and FairClaims. | 1.20 | 780.00 |
| - | SJG | Review and edit KGI drafts of UCC investigation report sections regarding priority tax claims (IRS, FTB), various secured claims, and various unsecured claims. | 1.30 | 845.00 |
| 5/24/2021 - | GS | Draft UCC investigation report (secured and unsecured claims sections). | 1.00 | 525.00 |
| - | GS | Draft UCC investigation report (Plan funding and financial projections sections). | 3.00 | 1,575.00 |
| - | GS | Draft UCC investigation report (various prepetition transactions, assets and investments sections). | 3.50 | 1,837.50 |
| - | GS | Draft UCC investigation report (KGI engagement, scope, work plan to date, key assumptions and disclaimers, and key conclusions sections). | 1.00 | 525.00 |
| - | GS | Teleconference with B. Spiegel (Hogan Lovells) to discuss case issues, UCC information requests, and UCC investigation report content. | 1.70 | 892.50 |
| - | GS | Teleconference with Debtor financial advisor to discuss UCC information requests pertaining to the UCC investigation, the Debtor's Plan Financial Projections, and the Debtor's Schedules. | 0.80 | 420.00 |

Page     16

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/24/2021 - | SJG | Review and edit KGI drafts of UCC investigation report section regarding Funding the Plan. | 0.80 | 520.00 |
| - | SJG | Review and edit KGI drafts of UCC investigation report sections regarding Cryptocurrency, income tax refunds, and Macon MB. | 0.80 | 520.00 |
| - | SJG | Review and edit KGI draft of entire UCC investigation report of over 100 pages. | 1.40 | 910.00 |
| 5/25/2021 - | GS | Draft UCC investigation report (secured and unsecured claims sections, Plan funding and financial projections sections). | 3.00 | 1,575.00 |
| - | GS | Draft UCC investigation report (various prepetition transactions, assets and investments sections). | 3.00 | 1,575.00 |
| - | GS | Draft UCC investigation report (various report edits in preparation for final distribution). | 3.00 | 1,575.00 |
| - | GS | Teleconference with B. Spiegel (Hogan Lovells) to discuss case issues, UCC information requests, and UCC investigation report content. | 1.80 | 945.00 |
| - | SJG | Review and edit updated drafts of UCC investigation report, comments from Hogan Lovells, approve and sign the final report submitted to the Court. | 1.30 | 845.00 |
| 5/26/2021 - | GS | Draft UCC investigation report Addendum. | 2.00 | 1,050.00 |
| - | GS | Teleconference with B. Spiegel (Hogan Lovells) to discuss case issues, UCC information requests, and UCC investigation report content. | 0.40 | 210.00 |
| - | GS | Teleconference with Debtor financial advisor to discuss UCC information requests pertaining to the UCC investigation. | 0.30 | 157.50 |
| - | SJG | Review, assess and edit addendum to UCC investigation report regarding Gavrieli Brands. | 0.60 | 390.00 |

Page    17

| | | | Hours | Amount |
|---|---|---|---|---|
| | SUBTOTAL: | | [  117.90 | 63,572.50] |

### B160 - Fee/Employment App

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/21/2021 - | SJG | Draft and edit KGI April monthly invoice. | 1.10 | 715.00 |
| 5/24/2021 - | CC | Prepare KGI invoice for the month of April 2021 fee application. | 2.75 | 618.75 |
| 5/26/2021 - | GS | Prepare KGI invoice for the month of April 2021 fee application. | 1.50 | 787.50 |
| 5/27/2021 - | GS | Prepare KGI invoice for the month of April 2021 fee application. | 2.50 | 1,312.50 |
| - | GS | Teleconference with E. McNeilly (Hogan Lovells) to KGI fee application. | 0.10 | 52.50 |
| - | CC | Prepare KGI invoice for the month of April 2021 fee application. | 3.00 | 675.00 |
| - | SJG | Review and edit April invoice. | 0.80 | 520.00 |
| | SUBTOTAL: | | [  11.75 | 4,681.25] |
| | For professional fees rendered | | 251.85 | $135,321.25 |

KGI Advisors Inc - Matter: Kfir Gavrieli

For the period May 1, 2021 - May 31, 2021

| Professional/Task | Total Hours | Total Amount |
|---|---|---|
| Charles Copeland | 5.75 | $ 1,293.75 |
| | | |
| Fee/Employment Applications | 5.75 | $ 1,293.75 |
| | | |
| | | |
| Steve Green | 38.60 | $ 25,090.00 |
| | | |
| Case Administration | 0.70 | $ 455.00 |
| Asset Analysis and Recovery | 0.00 | $ - |
| Data and Financial Projections Analysis | 15.00 | $ 9,750.00 |
| Valuation Analysis | 6.70 | $ 4,355.00 |
| Claims Analysis and Recovery | 0.90 | $ 585.00 |
| Financing Transaction Analysis | 0.00 | $ - |
| Drafting Declarations and Reports | 13.40 | $ 8,710.00 |
| Fee/Employment Applications | 1.90 | $ 1,235.00 |
| | | |
| Gerry Seli | 207.50 | $ 108,937.50 |
| | | |
| Case Administration | 1.50 | $ 787.50 |
| Asset Analysis and Recovery | 2.10 | $ 1,102.50 |
| Data and Financial Projections Analysis | 35.40 | $ 18,585.00 |
| Valuation Analysis | 46.10 | $ 24,202.50 |
| Claims Analysis and Recovery | 13.80 | $ 7,245.00 |
| Financing Transaction Analysis | 0.00 | $ - |
| Drafting Declarations and Reports | 104.50 | $ 54,862.50 |
| Meetings of and Communications with Creditors | 0.00 | $ - |
| Fee/Employment Applications | 4.10 | $ 2,152.50 |
| Plan and Disclosure Statement | 0.00 | $ - |
| | | |
| Total | 251.85 | $ 135,321.25 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1999 Avenue of the Stars, Suite 1400, Los Angeles, California 90067

A True and correct copy of the foregoing document(s) entitled (*specify*):

**KGI Advisors, Inc.'s Monthly Fee Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period May 1-31, 2021**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 30, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **June 30, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 30, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 30, 2021 | Tracy Southwell | /s/ Tracy Southwell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**In re Kfir Gavrieli**
**Case No: 2:21-bk-10826-BB**

*SERVED VIA NEF*

- **William H Brownstein**    Brownsteinlaw.bill@gmail.com
- **Sara Chenetz**    schenetz@perkinscoie.com,
  dlax@perkinscoie.com;cmallahi@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com
- **Eryk R Escobar**    eryk.r.escobar@usdoj.gov
- **Amir Gamliel**    amir-gamliel-9554@ecf.pacerpro.com,
  cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Peter Gilhuly**    peter.gilhuly@lw.com
- **William N Lobel**    wlobel@tocounsel.com, jokeefe@tocounsel.com;sschuster@tocounsel.com
- **Kerri A Lyman**    klyman@steptoe.com, #-FirmPSDocketing@Steptoe.com;
  nmorneault@Steptoe.com;mhernandez@steptoe.com;aodonnell@steptoe.com
- **Edward J McNeilly**    edward.mcneilly@hoganlovells.com
- **Amy Quartarolo**    amy.quartarolo@lw.com, laura.pumerville@lw.com;amy-quartarolo-
  2972@ecf.pacerpro.com
- **Jeffrey M. Reisner**    jreisner@steptoe.com, #-
  FirmPSDocketing@Steptoe.com;klyman@steptoe.com;nmorneault@Steptoe.com
- **Daniel S Schecter**    daniel.schecter@lw.com
- **Najah J Shariff**    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Johnny White**    JWhite@wrslawyers.com,
  aparisi@wrslawyers.com;eweiman@wrslawyers.com;chamilton@wrslawyers.com
- **Richard Lee Wynne**    richard.wynne@hoganlovells.com,
  tracy.southwell@hoganlovells.com;cindy.mitchell@hoganlovells.com;rick-wynne-
  7245@ecf.pacerpro.com

*SERVED VIA U.S. MAIL*

Kfir Gavrieli
11771 Montana Ave., #215
Los Angeles, CA 90049

Eryk R. Escobar
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

Steptoe & Johnson
Attn: Jeffrey M. Reisner, Kerri Lyman,
& Josh Taylor
663 West Fifth Street, Suite 1900
Los Angeles, CA 90071

*SERVED VIA OVERNIGHT*

Honorable Sheri Bluebond
United States Bankruptcy Court
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012