1  Jordan A. Kroop AZ Bar No. 018825
2  JKroop@perkinscoie.com
   *(admitted pro hac vice)*
3  Deborah M. Kennedy CO Bar No. 47276
   DKennedy@perkinscoie.com
4  *(admitted pro hac vice)*
5  Amir Gamliel, Cal. Bar No. 268121
   AGamliel@perkinscoie.com
6  **PERKINS COIE LLP**
   1888 Century Park East, Suite 1700
7  Los Angeles, CA 90067
8  Telephone: 310.788.9900
   Facsimile: 310.788.3399
9

> FILED & ENTERED
>
> JUL 15 2021
>
> CLERK U.S. BANKRUPTCY COURT
> Central District of California
> BY llewis    DEPUTY CLERK

10  *Counsel for the Chapter 11 Trustee*

11                    UNITED STATES BANKRUPTCY COURT
12                    CENTRAL DISTRICT OF CALIFORNIA
13                         LOS ANGELES DIVISION

14
15  In re:                              ) Case No.: 2:21-BK-10826-BB
                                        )
16  KFIR GAVRIELI,                      ) Chapter 11
                                        )
17        Debtor.                       ) **ORDER APPROVING CHAPTER 11**
                                        ) **TRUSTEE'S APPLICATION TO**
18                                      ) **EMPLOY PERKINS COIE LLP AS**
                                        ) **GENERAL BANKRUPTCY**
19                                      ) **COUNSEL**
20

21         On the Application of the Chapter 11 trustee of the debtor for an order authorizing the
22  Chapter 11 Trustee to employ Perkins Coie LLP as her counsel, filed at Docket No. 368 (the
23  "**Application**"), and in consideration of the *Verified Statement of Jordan Kroop In Support of*
24  *Chapter 11 Trustee's Application To Employ Perkins Coie as General Bankruptcy Counsel*, and it
25  appearing that the relief requested is in the best interests of the estate, its creditors, and all other
26  parties-in-interest; and due and sufficient notice of the Application having been given; and it
27  appearing that no other or further notice need be provided; and the Court having jurisdiction to
28

153061218.1

consider the Application and the relief requested in it under 28 U.S.C. §§ 157 and 1334; and venue being proper in this District under 28 U.S.C. §§ 1408 and 1409; with sufficient cause,

**IT IS ORDERED that:**

1. The Application is **GRANTED.**

2. Under 11 U.S.C. § 327(a), the Trustee is authorized to employ Perkins Coie as her general bankruptcy counsel as of **June 16, 2021**, to perform the services set forth in the Application.

3. Perkins Coie's compensation and reimbursement for its actual and necessary expenses associated with its services to the Trustee are subject to the Court's review and approval under 11 U.S.C. § 330. Any interim approval and payment of such compensation remains subject to 11 U.S.C. § 331 and this Court's orders.

####

Date: July 15, 2021

Sheri Bluebond
United States Bankruptcy Judge

153061218.1