## ADDENDUM

Immediately after the appointment of Sara Chenetz as chapter 11 trustee ("Trustee") in this case on June 17, 2021, the Trustee froze access to the debtor-in-possession accounts ("DIP Accounts") opened earlier during the case at East West Bank ("EWB") and undertook the steps needed to open a new Trustee account at EWB ("Trustee Account") and to transfer the substantial majority of funds in the DIP Accounts to the Trustee Account. Those transfers were completed on July 1, 2021, as reflected in the attached Account Balance Summary generated by EWB on July 29, 2021. Between June 18 and June 30, 2021, after consultation with certain parties-in-interest in the case, the Trustee determined to leave $45,000 (slightly more than two months of the debtor's average post-petition living expenses) in one DIP account and provide access to the debtor to that amount to fund living expenses.

PLEADINGTITLESHORT

153280507.1

Sara L Chenetz

Primary and secondary

| Account | Type | Balance | Status | Risk Rating | Paid Status |
|---|---|---|---|---|---|
| ▼ **Deposit** | | **9,062,095.61** | | | |
| _____6814 | 74 - Business Elite | 40,313.37 | Open | | |
| _____6821 | 74 - Business Elite | 0.00 | Closed by processing option | | |
| _____6828 | 74 - Business Elite | 0.00 | Zero balance | | |
| _____6835 | 74 - Business Elite | 0.00 | Closed by processing option | | |
| _____7290 | 74 - Business Elite | 0.00 | Closed at customer request | | |
| _____7654 | 74 - Business Elite | 9,021,782.24 | Open | | |

**EAST WEST BANK**

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page 1 of 3
STARTING DATE: June 01, 2021
ENDING DATE: June 30, 2021
Total days in statement period: 30
_____6814
( 1 )

BK EST/KFIR GAVRIELI DEBTOR (GENERAL)
SARA CHENETZ CH 11 TRUSTEE
CASE #21-10826
C/O PERKINS COIE LLP
1888 CENTURY PARK E SUITE 1700
LOS ANGELES CA 90067-1721

Protecting the security of your account and personal information is our top priority. Learn about online security practices and ways to protect yourself from cybercrime at eastwestbank.com in the "Cybersecurity Protection" section.

## Commercial Analysis Checking

| | | | | |
|---|---|---|---|---|
| Account number | _____6814 | Beginning balance | | $5,243,858.17 |
| Enclosures | 1 | Total additions | ( 0 ) | .00 |
| Low balance | $5,229,220.71 | Total subtractions | ( 7 ) | 14,637.46 |
| Average balance | $5,233,286.00 | Ending balance | | $5,229,220.71 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1006 | 06-07 | 341.88 | | | |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 06-01 | Preauth Debit | CHASE CREDIT CRD AUTOPAY 210601 | 5,201.00 |
| 06-02 | Preauth Debit | Brody, Inc WEB PMTS 210602 | 4,670.00 |
| 06-04 | Preauth Debit | SO CAL GAS PAID SCGC 210604 | 10.05 |
| 06-10 | Preauth Debit | NATIONAL GENERAL PAYMENT 210610 | 383.88 |
| 06-22 | Analysis Servic | ANALYSIS ACTIVITY FOR 05/21 | 157.96 |
| 06-29 | Preauth Debit | CHASE CREDIT CRD AUTOPAY 210629 | 3,872.69 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05-31 | 5,243,858.17 | 06-04 | 5,233,977.12 | 06-22 | 5,233,093.40 |
| 06-01 | 5,238,657.17 | 06-07 | 5,233,635.24 | 06-29 | 5,229,220.71 |
| 06-02 | 5,233,987.17 | 06-10 | 5,233,251.36 | | |

3409    rev 05-16

**EAST WEST BANK**
9300 Flair Dr., 1St FL
El Monte, CA. 91731

BK EST/KFIR GAVRIELI DEBTOR (GENERAL)

ACCOUNT STATEMENT
Page 2 of 3
STARTING DATE: June 01, 2021
ENDING DATE: June 30, 2021
6814

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Checking Account** ####6814
Statement Date 06/30/2021
Page 3 of 3



06/07/2021    1006    $341.88



06/07/2021    1006    $341.88

# STATEMENT BALANCING

**Fill in the amounts below from the front of this statement and your checkbook.**

| | |
|---|---|
| **ENTER** Ending Balance of this Statement……………........... $_____ | **ENTER** Present Balance in your checkbook………………… $_____ |
| **Add** Deposits not shown on this Statement $_____ _____ _____ | **Subtract** any service charges, finance or any other charges………………… $_____ |
| Sub Total………. $_____ | Sub Total ………… $_____ |
| **Subtract** Checks Issued but not on Statement | **Add** Monthly Interest Earned …………………………….. $_____ |
| | **Add** any deposits not yet entered in checkbook (Reverse Advances)………………. $_____ _____ _____ _____ |
| | **Subtract** any checks not yet entered in checkbook (Reverse Payments)………………. $_____ _____ _____ |

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | TOTAL | |

**Total** amount of outstanding checks………………………………  $_____

**Balance**…..….............................** $_____         **Balance**……....................................  $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT

You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS

Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE

Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS

*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV  11/07)

**EAST WEST BANK**

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page  1  of  1
STARTING DATE: June 01, 2021
ENDING DATE: June 30, 2021
Total days in statement period: 30

██████6821
( 0 )

BK EST/KFIR GAVRIELI DEBTOR (GENERAL #2)
SARA CHENETZ CH 11 TRUSTEE
CASE #21-10826
C/O PERKINS COIE LLP
1888 CENTURY PARK E SUITE 1700
LOS ANGELES CA 90067-1721

Protecting the security of your account and personal information is our top priority. Learn about online security practices and ways to protect yourself from cybercrime at eastwestbank.com in the "Cybersecurity Protection" section.

## Commercial Analysis Checking

| | | | | |
|---|---|---|---|---|
| Account number | ██████6821 | Beginning balance | | $3,836,761.53 |
| Low balance | $3,836,761.53 | Total additions | ( 0 ) | .00 |
| Average balance | $3,836,761.53 | Total subtractions | ( 0 ) | .00 |
| | | Ending balance | | $3,836,761.53 |

**\*\* No activity this statement period \*\***

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409    rev 05-16

## STATEMENT BALANCING

**Fill in the amounts below from the front of this statement and your checkbook.**

ENTER
Ending Balance of
this Statement……………........... $_____

**Add** Deposits not shown
on this Statement $_____
                  _____
                  _____
              **Sub Total**……… $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks…………………………… $_____

**Balance**…..…........................** $_____

ENTER
Present Balance in
your checkbook………………… $_____

**Subtract** any service
charges, finance or
any other charges………………… $_____

                **Sub Total** ………… $_____

**Add** Monthly Interest
Earned …………………………….. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)………………. $_____
                                    _____
                                    _____
                                    _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)………………. $_____
                                    _____
                                    _____

**Balance**…….................................. $_____

**IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT**
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS**
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

**ACCOUNTS WITH CHECK STORAGE**
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

**CHANGE OF ADDRESS**
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**EAST WEST BANK**

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page  1  of  1
STARTING DATE: June 01, 2021
ENDING DATE: June 30, 2021
Total days in statement period: 30
7290
( 0 )

BK EST/KFIR GAVRIELI DEBTOR (GENERAL 3)
SARA CHENETZ CH 11 TRUSTEE
CASE #21-10826
C/O PERKINS COIE LLP
1888 CENTURY PARK E SUITE 1700
LOS ANGELES CA 90067-1721

Protecting the security of your account and personal information is our top priority. Learn about online security practices and ways to protect yourself from cybercrime at eastwestbank.com in the "Cybersecurity Protection" section.

## Commercial Analysis Checking

| | | | | |
|---|---|---|---|---|
| Account number | 7290 | Beginning balance | | $0.00 |
| Low balance | $0.00 | Total additions | ( 0 ) | .00 |
| Average balance | $0.00 | Total subtractions | ( 0 ) | .00 |
| | | Ending balance | | $.00 |

**\*\* No activity this statement period \*\***

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409    rev 05-16

# STATEMENT BALANCING
**Fill in the amounts below from the front of this statement and your checkbook.**

| | |
|---|---|
| **ENTER** Ending Balance of this Statement………………............ $_____ | **ENTER** Present Balance in your checkbook………………… $_____ |
| **Add** Deposits not shown on this Statement $_____ _____ _____ | **Subtract** any service charges, finance or any other charges………………… $_____ |
| **Sub Total**………. $_____ | **Sub Total** ………… $_____ |
| **Subtract** Checks Issued but not on Statement | **Add** Monthly Interest Earned …………………………….. $_____ |
| | **Add** any deposits not yet entered in checkbook (Reverse Advances)………………. $_____ _____ _____ _____ |
| | **Subtract** any checks not yet entered in checkbook (Reverse Payments)……………….. $_____ _____ _____ |

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | TOTAL | |

**Total** amount of outstanding checks…………………………… $_____

**Balance**…….............................** $_____       **Balance**……....…………………….. $_____

## IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

## ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

## CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**EAST WEST BANK**

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page 1 of 1
STARTING DATE: June 01, 2021
ENDING DATE: June 30, 2021
Total days in statement period: 30
6828
( 0 )

BK EST/KFIR GAVRIELI DEBTOR (TAX)
SARA CHENETZ CH 11 TRUSTEE
CASE #21-10826
C/O PERKINS COIE LLP
1888 CENTURY PARK E SUITE 1700
LOS ANGELES CA 90067-1721

Protecting the security of your account and personal information is our top priority. Learn about online security practices and ways to protect yourself from cybercrime at eastwestbank.com in the "Cybersecurity Protection" section.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | 6828 | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions    ( 0 ) | .00 |
| Average balance | $0.00 | Total subtractions ( 0 ) | .00 |
| | | Ending balance | $.00 |

**\*\* No activity this statement period \*\***

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409    rev 05-16

## STATEMENT BALANCING
**Fill in the amounts below from the front of this statement and your checkbook.**

ENTER
Ending Balance of
this Statement……………........... $_____

**Add** Deposits not shown
on this Statement $_____
_____
_____
            **Sub Total**………. $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks…………………………… $_____

**Balance**…..….............................** $_____

ENTER
Present Balance in
your checkbook………………… $_____

**Subtract** any service
charges, finance or
any other charges………………… $_____

            **Sub Total** ………… $_____

**Add** Monthly Interest
Earned …………………………….. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………… $_____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………….. $_____
_____
_____

**Balance**……....................………. $_____

**IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT**
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS**
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

**ACCOUNTS WITH CHECK STORAGE**
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

**CHANGE OF ADDRESS**
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV  11/07)

**EAST WEST BANK**

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page  1  of  1
STARTING DATE: June 01, 2021
ENDING DATE: June 30, 2021
Total days in statement period: 30

6835
( 0)

BK EST/KFIR GAVRIELI DEBTOR (CAR)
SARA CHENETZ CH 11 TRUSTEE
CASE #21-10826
C/O PERKINS COIE LLP
1888 CENTURY PARK E SUITE 1700
LOS ANGELES CA 90067-1721

Protecting the security of your account and personal information is our top priority. Learn about online security practices and ways to protect yourself from cybercrime at eastwestbank.com in the "Cybersecurity Protection" section.

## Commercial Analysis Checking

| | | | | |
|---|---|---|---|---|
| Account number | 6835 | Beginning balance | | $800.00 |
| Low balance | $800.00 | Total additions | ( 0) | .00 |
| Average balance | $800.00 | Total subtractions | ( 0) | .00 |
| | | Ending balance | | $800.00 |

**\*\* No activity this statement period \*\***

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409    rev 05-16

## STATEMENT BALANCING
**Fill in the amounts below from the front of this statement and your checkbook.**

**ENTER**
Ending Balance of
this Statement…………………........... $_____

**Add** Deposits not shown
on this Statement          $_____
                          $_____
                          $_____

        **Sub Total**………. $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks…………………………… $_____

**Balance**….…............................** $_____

**ENTER**
Present Balance in
your checkbook………………… $_____

**Subtract** any service
charges, finance or
any other charges………………… $_____

        **Sub Total** ………… $_____

**Add** Monthly Interest
Earned …………………………….. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)………………. $_____
                                    _____
                                    _____
                                    _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)………………. $_____
                                    _____
                                    _____

**Balance**……...................................  $_____

**IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT**
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS**
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

**ACCOUNTS WITH CHECK STORAGE**
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

**CHANGE OF ADDRESS**
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)



Manage your account online: www.chase.com/southwest

Customer Service: 1-800-436-7927

Mobile: Download the Chase Mobile® app today

| July 2021 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 27 | 28 | 29 | 30 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | **28** | 29 | 30 | 31 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

New Balance
**$4,508.13**

Minimum Payment Due
**$45.00**

Payment Due Date
**07/28/21**

## SOUTHWEST AIRLINES RAPID REWARDS CARD SUMMARY

| | |
|---|---:|
| + 2X Pts for Southwest purchases | 0 |
| + Points earned on purchases | 4,440 |
| **- Total Rapid Rewards transf. to Southwest** | **4,440** |

View your card rewards dashboard and see all the benefits of your Rapid Rewards® Credit Card at www.chase.com/southwest. View point totals and redeem at www.southwest.com/rraccount. Call 1-800-I-FLY-SWA or visit www.southwest.com to book flights.

Earn 2 Rapid Rewards® points per $1 spent on flights purchased directly through Southwest Airlines® and on participating Rapid Rewards hotel and rental car partner purchases. You also earn 1 point for every $1 spent on all other purchases.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 14 years | $11,011 |
| $171 | 3 years | $6,150 (Savings=$4,861) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

| | |
|---|---:|
| Account Number: | ████████████0298 |
| Previous Balance | $3,872.69 |
| Payment, Credits | -$3,872.69 |
| Purchases | +$4,439.13 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | +$69.00 |
| Interest Charged | $0.00 |
| **New Balance** | **$4,508.13** |
| Opening/Closing Date | 06/04/21 - 07/03/21 |
| Credit Access Line | $24,500 |
| Available Credit | $19,991 |
| Cash Access Line | $1,225 |
| Available for Cash | $1,225 |
| Past Due Amount | $0.00 |
| Balance over the Credit Access Line | $0.00 |

## YOUR ACCOUNT MESSAGES

Your next AutoPay payment for $4,508.13 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

Your AutoPay amount will be reduced by any payments or merchant credits that post to your account before we process your AutoPay payment. If the total of these payments and merchant credits is more than your set AutoPay amount, your AutoPay payment for that month will be zero.

0000001  FIS33339 C 4 0458        Y  9  03  21/07/03        Page 1 of 3        01868    MA MA  30503        18410000040003050301

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**AUTOPAY IS ON**
See Your Account Messages for details.

| | |
|---|---:|
| Payment Due Date: | 07/28/21 |
| New Balance: | $4,508.13 |
| Minimum Payment: | $45.00 |

Account number: ████████████0298

$_____._____ Amount Enclosed

**AUTOPAY IS ON**

30503 BEX 9 18421 C
MR KEIR GAVRIELI

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

**To contact us regarding your account:**

Call Customer Service:
In U.S.         1-800-792-0001
Spanish      1-888-446-3308
Pay by phone 1-800-436-7958
International 1-302-594-8200
We accept operator relay calls

Send Inquiries to:
P.O. Box 15298
Wilmington, DE 19850-5298

Mail Payments to:
P.O. Box 6294
Carol Stream, IL 60197-6294

Visit Our Website:
www.chase.com/cardhelp

### Information About Your Account

**Making Your Payments:** The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**To Service And Manage Any Of Your Account(s):** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

**Authorization To Convert Your Check To An Electronic Transfer Debit:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases, balance transfers, cash advances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction – for new purchases, balance transfers, overdraft advances, cash advances, or My Chase Loans;
2. the date the payee deposits the check – for new cash advance checks or balance transfer checks;
3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose – for fees

**How To Avoid Paying Interest On Purchases:** Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:** If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:** If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04252019

To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 06/28 | AUTOMATIC PAYMENT - THANK YOU | -3,872.69 |
| **PURCHASE** | | |
| 06/03 | SQ *ALFRED COFFEE BRENTWO gosq.com CA | 7.18 |
| 06/03 | APPLE.COM/BILL 866-712-7753 CA | 5.99 |
| 06/03 | SQ *ALFRED COFFEE BRENTWO gosq.com CA | 7.76 |
| 06/04 | AMI*AMICA INSURANCEAPP 800-242-6422 RI | 22.99 |
| 06/02 | SWEETGREEN BRENTWOOD LOS ANGELES CA | 17.96 |
| 06/05 | WHOLEFDS BRT 10074 LOS ANGELES CA | 46.18 |
| 06/05 | SQ *ALFRED COFFEE BRENTWO gosq.com CA | 7.18 |
| 06/05 | WHOLEFDS BRT 10074 LOS ANGELES CA | 14.39 |
| 06/04 | WHOLEFDS BRT 10074 LOS ANGELES CA | 19.28 |
| 06/04 | SQ *ALFRED COFFEE BRENTWO gosq.com CA | 7.18 |
| 06/05 | APPLE.COM/BILL 866-712-7753 CA | 4.99 |
| 06/03 | SWEETGREEN BRENTWOOD LOS ANGELES CA | 17.41 |
| 06/05 | POP'S BAGELS LOS ANGELES CA | 16.84 |
| 06/06 | SQ *ALFRED COFFEE BRENTWO gosq.com CA | 7.18 |
| 06/06 | WHOLEFDS BRT 10074 LOS ANGELES CA | 19.47 |
| 06/07 | WHOLEFDS BRT 10074 LOS ANGELES CA | 26.05 |
| 06/07 | SQ *ALFRED COFFEE BRENTWO gosq.com CA | 7.18 |
| 06/07 | WHOLEFDS BRT 10074 LOS ANGELES CA | 31.68 |
| 06/08 | CVS/PHARMACY #09325 LOS ANGELES CA | 10.94 |
| 06/08 | SQ *ALFRED COFFEE BRENTWO gosq.com CA | 7.18 |
| 06/09 | SQ *ALFRED COFFEE BRENTWO gosq.com CA | 7.18 |
| 06/08 | GOOGLE*GOOGLE STORAGE 650-2530000 CA | 2.99 |
| 06/09 | SQ *KREATION ORGANIC KAFE Los Angeles CA | 58.98 |
| 06/08 | 76 - BRENTWOOD UNION S LOS ANGELES CA | 1.64 |
| 06/09 | Kindle Unltd*2X5RC2EW2 866-321-8851 WA | 9.99 |
| 06/10 | SQ *INTER PARKING SERVICE Los Angeles CA | 12.50 |
| 06/09 | DisneyPLUS 888-9057888 CA | 7.99 |
| 06/09 | Audible*2X1NL09Z1 Amzn.com/bill NJ | 14.95 |
| 06/10 | SQ *ALFRED COFFEE BRENTWO gosq.com CA | 7.76 |
| 06/09 | TOSCANA RESTAURANT 310-8202448 CA | 311.09 |
| 06/10 | WHOLEFDS BRT 10074 LOS ANGELES CA | 55.73 |
| 06/13 | APPLE.COM/BILL 866-712-7753 CA | 9.99 |
| 06/11 | APPLE.COM/BILL 866-712-7753 CA | 28.00 |
| 06/12 | SQ *ALFRED COFFEE BRENTWO gosq.com CA | 7.76 |
| 06/12 | TST* BLUEYS KITCHEN SANTA MONICA CA | 61.25 |
| 06/12 | POP'S BAGELS LOS ANGELES CA | 28.91 |
| 06/13 | SQ *WINSTON PIES BRENTWOO Los Angeles CA | 14.40 |
| 06/11 | WHOLEFDS BRT 10074 LOS ANGELES CA | 30.96 |
| 06/12 | APPLE.COM/BILL 866-712-7753 CA | 38.98 |
| 06/13 | HILTON BEVERLY HILLS SANT BEVERLY HILLS CA | 249.34 |
| 06/14 | ABRAMORAMA WWW.ABRAMORAM NY | 12.00 |
| 06/13 | GARDEN CAFE SHERMAN OAKS CA | 53.99 |
| 06/13 | HILTON PARKING SELF BEVERLY HILLS CA | 15.00 |
| 06/14 | SQ *ALFRED COFFEE BRENTWO gosq.com CA | 7.18 |
| 06/15 | IVY GOLD MEMBERSHIP HTTPSWWW.IVY. NY | 80.00 |
| 06/15 | SQ *ALFRED COFFEE BRENTWO gosq.com CA | 7.18 |
| 06/15 | WHOLEFDS BRT 10074 LOS ANGELES CA | 74.45 |
| 06/16 | WHOLEFDS BRT 10074 LOS ANGELES CA | 26.13 |
| 06/16 | SQ *ALFRED COFFEE BRENTWO gosq.com CA | 7.76 |
| 06/17 | SQ *ALFRED COFFEE BRENTWO gosq.com CA | 7.18 |
| 06/17 | SQ *HRB EXPERIENCE CENTUR Los Angeles CA | 114.59 |
| 06/17 | EATALY LA CATAPULT LOS ANGELES CA | 4.86 |
| 06/17 | EATALY LA CATAPULT LOS ANGELES CA | 5.18 |
| 06/18 | 1 HOTEL WEST HOLLYWOOD WEST HOLLYWOO CA | 22.00 |
| 06/18 | UBER   TRIP HELP.UBER.COM CA | 29.60 |
| 06/19 | APPLE.COM/BILL 866-712-7753 CA | 4.99 |
| 06/19 | BAR LUBITSCH WEST HOLLYWOO CA | 50.40 |
| 06/19 | BAR LUBITSCH WEST HOLLYWOO CA | 118.00 |
| 06/17 | ABM ONSITE WESTFIELD MALL LOS ANGELES CA | 9.00 |
| 06/18 | 1 HOTEL WEST HOLLYWOOD WEST HOLLYWOO CA | 289.24 |
| 06/19 | SQ *ALFRED COFFEE BRENTWO gosq.com CA | 7.76 |
| 06/17 | APPLE.COM/BILL 866-712-7753 CA | 12.99 |

## ACCOUNT ACTIVITY (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 06/19 | THE HOLLYWOOD ROOSEVELT HOLLYWOOD CA | 26.40 |
| 06/19 | JAMES PERSE-BRENTWOOD SANTA MONICA CA | 246.37 |
| 06/18 | SQ *ALFRED COFFEE BRENTWO gosq.com CA | 7.18 |
| 06/19 | COUNTY OF LA BEACHES & H MARINA DEL RE CA | 15.00 |
| 06/20 | TST* MALIBU FARM PIER RES MALIBU CA | 236.97 |
| 06/20 | THE VENUE LOS ANGELES CA | 250.00 |
| 06/19 | LAZ PARKING 670925S MALIBU CA | 15.00 |
| 06/21 | SQ *ALFRED COFFEE BRENTWO gosq.com CA | 7.76 |
| 06/21 | Prime Video*219UW4TS2 888-802-3080 WA | 5.99 |
| 06/21 | Spotify USA 877-7781161 NY | 9.99 |
| 06/21 | SQ *ALFRED COFFEE BRENTWO gosq.com CA | 7.18 |
| 06/22 | NETFLIX.COM NETFLIX.COM CA | 13.99 |
| 06/22 | ATT*BILL PAYMENT 800-288-2020 TX | 275.49 |
| 06/22 | APPLE.COM/BILL 866-712-7753 CA | 11.99 |
| 06/23 | SQ *ALFRED COFFEE BRENTWO gosq.com CA | 7.18 |
| 06/24 | SQ *ALFRED COFFEE BRENTWO gosq.com CA | 7.18 |
| 06/26 | UBER *TRIP HELP.UBER.COM 800-5928996 CA | 73.33 |
| 06/25 | SQ *ALFRED COFFEE BRENTWO gosq.com CA | 7.76 |
| 06/30 | DOORDASH DASHPASS WWW.DOORDASH. CA | 9.99 |
| 06/29 | UBER   TRIP HELP.UBER.COM CA | 35.91 |
| 06/29 | UBER   TRIP HELP.UBER.COM CA | 59.63 |
| 06/29 | APPLE.COM/BILL 866-712-7753 CA | 5.99 |
| 06/30 | WHOLEFDS BRT 10074 LOS ANGELES CA | 7.99 |
| 06/30 | SPECTRUM 855-707-7328 CA | 304.57 |
| 07/01 | SQ *ALFRED COFFEE BRENTWO Los Angeles CA | 8.25 |
| 06/30 | APPLE.COM/BILL 866-712-7753 CA | 149.99 |
| 07/01 | PROGRESSIVE *INSURANCE 800-776-4737 OH | 407.17 |

**FEES CHARGED**

| | | |
|---|---|---|
| 07/01 | ANNUAL MEMBERSHIP FEE | 69.00 |
| | TOTAL FEES FOR THIS PERIOD | $69.00 |

| 2021 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2021 | $69.00 |
| Total interest charged in 2021 | $0.00 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 21.24%(v)(d) | - 0 - | - 0 - |
| **CASH ADVANCES** | | | |
| Cash Advances | 24.99%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 21.24%(v)(d) | - 0 - | - 0 - |

**30 Days in Billing Period**

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice,
How to Avoid Interest on Purchases, and other important information, as applicable.