MARK SHINDERMAN (State Bar No. 136644)
mshinderman@milbank.com
WILLIAM SCHUMACHER (State Bar No. 303862)
wschumacher@milbank.com
MOHAMMAD TEHRANI (State Bar No. 294569)
mtehrani@milbank.com
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone:   (424) 386-4000
Facsimile:    (213) 629-5063

Proposed Attorneys for Robert Kors,
the Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>KFIR GAVRIELI,<br><br>Debtor. | Case No. 2:21-bk-10826-BB<br><br>Chapter 11<br><br>**NOTICE OF: (I) DATE BY WHICH PROFESSIONALS ARE REQUIRED TO FILE FINAL FEE APPLICATIONS; AND (II) HEARING ON FINAL AND INTERIM FEE APPLICATIONS**<br><br><u>**Hearing**</u>:<br>Date:   October 13, 2021<br>Time:   10:00 a.m.<br>Place:   United States Bankruptcy Court<br>            255 East Temple Street<br>            Courtroom 1539<br>            Los Angeles, California 90012 |

**PLEASE TAKE NOTICE** that Robert Kors, the chapter 11 trustee (the "<u>Trustee</u>") appointed in the above-captioned chapter 11 bankruptcy case, requested that the Court: (i) set a deadline for the filing of final applications for the allowance of fees and reimbursement of expenses pursuant to 11 U.S.C. § 330 (the "<u>Final Application</u>"); (ii) set a hearing date on the Final Applications for (a) estate professionals that have been previously retained in this case (the "<u>Professionals</u>") by either the debtor, Kfir Gavrieli (the "<u>Debtor</u>"), or by the predecessor trustee, Sara L. Chenetz (the "<u>Predecessor Trustee</u>") and (b) for the Predecessor Trustee; and (iii) set a hearing date on interim applications for the allowance of fees and reimbursement of expenses pursuant to 11 U.S.C. § 330 for the professionals

employed by the Official Committee of Unsecured Creditors (the "Committee Professionals") and any other professionals previously retained pursuant to a Court order.

**PLEASE TAKE FURTHER NOTICE** that the Professionals and Predecessor Trustee are required to file their respective Final Applications on or before September 17, 2021. The Final Applications may request final allowance of fees and expenses for the period from February 1, 2021, through July 28, 2021, plus such additional fees and expenses as are incurred after July 28, 2021 in preparing each Professional's Final Application.

**PLEASE TAKE FURTHER NOTICE** that the Court will consider the Final Applications at 10:00 a.m. on Wednesday, October 13, 2021 (the "Hearing"), in Courtroom 1539, 255 East Temple Street, Los Angeles, California 90012.

**PLEASE TAKE FURTHER NOTICE** that the Committee Professionals and any other professionals previously retained pursuant to a Court order may also seek approval of interim fees and expenses at the Hearing, provided that such professionals file and serve their interim fee applications in accordance with all applicable rules. Unless otherwise ordered by the Court, hearings on interim fee applications will not be scheduled less than 120 days apart.

**PLEASE TAKE FURTHER NOTICE** that any objections to any Final Application and any interim fee application must be in the form required by Local Bankruptcy Rules 9013-1(f) and (o) and filed with the Clerk of the above-captioned Court, the Trustee, and the requesting Professional or Committee Professional at least 14 days prior to the Hearing. The failure to file a timely objection or other responsive pleading to the Final Applications or interim fee applications may be deemed acceptance of the relief requested, as set forth in Local Bankruptcy Rules 2016-1(a)(3), 2016-1(c)(5), and 9013-1(f).

Dated: August 19, 2021              **MILBANK LLP**

/s/ *Mark Shinderman*
MARK SHINDERMAN
WILLIAM SCHUMACHER
MOHAMMAD TEHRANI

Proposed Attorneys for Robert Kors, the Chapter 11 Trustee

2

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **2029 Century Park E, 33rd Floor, Los Angeles, CA 90067**. A true and correct copy of the foregoing document entitled: *Notice of: (I) Date by Which Professionals Are Required to File Final Fee Applications; and (II) Hearing on Final and Interim Fee Applications* will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 19, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On August 19, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

```
Kfir Gavrieli
1171 Montana Avenue #215
Los Angeles CA 90049
```

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 19, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

```
BY OVERNIGHT MAIL:
Honorable Sheri Bluebond
USBC - Central District of California
255 E. Temple Street
Suite 1534 / Courtroom 1539
Los Angeles, CA 90012
```

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 19, 2021 | William Schumacher | /s/ *William Schumacher* |
|---|---|---|
| Date | Printed Name | Signature |

# SERVICE LIST
(Via NEF)

| | |
|---|---|
| **William H Brownstein** | Brownsteinlaw.bill@gmail.com |
| **Eryk R Escobar** | eryk.r.escobar@usdoj.gov |
| **William N Lobel** | wlobel@tocounsel.com, jokeefe@tocounsel.com; sschuster@tocounsel.com |
| **Kerri A Lyman** | klyman@steptoe.com, #-FirmPSDocketing@Steptoe.com; nmorneault@Steptoe.com; mhernandez@steptoe.com; aodonnell@steptoe.com |
| **Jeffrey M. Reisner** | jreisner@steptoe.com, #-FirmPSDocketing@Steptoe.com; klyman@steptoe.com; nmorneault@Steptoe.com |
| **Najah J Shariff** | najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov |
| **United States Trustee (LA)** | ustpregion16.la.ecf@usdoj.gov |
| **Johnny White** | JWhite@wrslawyers.com, aparisi@wrslawyers.com; eweiman@wrslawyers.com; chamilton@wrslawyers.com |
| **Richard Lee Wynne** | richard.wynne@hoganlovells.com; tracy.southwell@hoganlovells.com; cindy.mitchell@hoganlovells.com; rick-wynne-7245@ecf.pacerpro.com |
| **Edward J McNeilly** | edward.mcneilly@hoganlovells.com |
| **Peter Gilhuly** | peter.gilhuly@lw.com |
| **Amy Quartarolo** | amy.quartarolo@lw.com, laura.pumerville@lw.com; amy-quartarolo2972@ecf.pacerpro.com |
| **Daniel S Schecter** | daniel.schecter@lw.com |
| **Sara Chenetz** | schenetz@perkinscoie.com; dlax@perkinscoie.com; cmallahi@perkinscoie.com; chenetz-sara-perkins-coie-8670@ecf.pacerpro.com |

**SERVICE LIST**
(Via Email)

| Force Ten Partners LLP | mvanderley@force10partners.com, ckurtz@force10partners.com, jmiller@force10partners.com |
|---|---|
| Hochman Salkin Toscher Perez P.C. | toscher@taxlitigator.com, stein@taxlitigator.com, SHT@taxlitigator.com |
| Holland & Hart, LLP | SATensmeyer@hollandhart.com, gmsaylin@hollandhart.com |
| Hueston Hennigan LLP | mcamp@hueston.com, alibeu@hueston.com, apetasis@hueston.com, scoit@hueston.com |
| KGI Advisors, Inc. | sgreen@kginc.com, gseli@kginc.com |
| Krost, CPAs & Consultants | admin@krostcpas.com, greg.kniss@krostcpas.com, robert.gosart@krostcpas.com |
| Law Offices of A. Lavar Taylor, LLP | ltaylor@taylorlaw.com, lnelson@taylorlaw.com, jamitrano@taylorlaw.com |