# UNITED STATES BANKRUPTCY COURT

## Central  DISTRICT OF  California

In Re. Kfir Gavrieli
§
§
§
§

Debtor(s)

Case No.  21-10826

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2021

Petition Date: 02/01/2021

Months Pending: 6

Industry Classification: | 0 | 0 | 0 | 0 |

Reporting Method:          Accrual Basis ○          Cash Basis ⦿

Debtor's Full-Time Employees (current):                                    0

Debtor's Full-Time Employees (as of date of order for relief):    0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

| | |
|---|---|
| ☒ | Statement of cash receipts and disbursements |
| ☐ | Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit |
| ☐ | Statement of operations (profit or loss statement) |
| ☐ | Accounts receivable aging |
| ☐ | Postpetition liabilities aging |
| ☐ | Statement of capital assets |
| ☐ | Schedule of payments to professionals |
| ☐ | Schedule of payments to insiders |
| ☒ | All bank statements and bank reconciliations for the reporting period |
| ☐ | Description of the assets sold or transferred and the terms of the sale or transfer |

/s/ Robert Kors

Signature of Responsible Party

08/23/2021

Date

Robert Kors, Trustee

Printed Name of Responsible Party

c/o Force Ten Partners
5271 California, Suite 270, Irvine, CA  92617

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Kfir Gavrieli                                    Case No.  21-10826

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $9,062,095 | |
| b.  Total receipts (net of transfers between accounts) | $21,795 | $9,342,570 |
| c.  Total disbursements (net of transfers between accounts) | $0 | $258,679 |
| d.  Cash balance end of month (a+b-c) | $9,083,890 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $0 | $258,679 |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.  Accounts receivable (total net of allowance) | $0 | |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c.  Inventory    (Book ○  Market ●  Other ○    (attach explanation)) | $0 | |
| d.  Total current assets | $0 | |
| e.  Total assets | $0 | |
| f.  Postpetition payables (excluding taxes) | $0 | |
| g.  Postpetition payables past due (excluding taxes) | $0 | |
| h.  Postpetition taxes payable | $0 | |
| i.  Postpetition taxes past due | $0 | |
| j.  Total postpetition debt (f+h) | $0 | |
| k.  Prepetition secured debt | $0 | |
| l.  Prepetition priority debt | $0 | |
| m.  Prepetition unsecured debt | $0 | |
| n.  Total liabilities (debt) (j+k+l+m) | $0 | |
| o.  Ending equity/net worth (e-n) | $0 | |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.  Gross profit (a-b) | $0 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | $0 | |
| f.  Other expenses | $0 | |
| g.  Depreciation and/or amortization (not included in 4b) | $0 | |
| h.  Interest | $0 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $0 | $0 |

UST Form 11-MOR (06/07/2021)                    2

Debtor's Name  Kfir Gavrieli                                      Case No.  21-10826

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $187,465 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Hueston Hennigan | Special Counsel | $0 | $0 | $0 | $102,583 |
| ii | Holland & Hart | Special Counsel | $0 | $0 | $0 | $18,597 |
| iii | Hogan Lovells | Other | $0 | $0 | $0 | $66,285 |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 6:  Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○   No ⦿

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○   No ⦿

c. Were any payments made to or on behalf of insiders?   Yes ○   No ⦿

d. Are you current on postpetition tax return filings?   Yes ⦿   No ○

e. Are you current on postpetition estimated tax payments?   Yes ⦿   No ○

f. Were all trust fund taxes remitted on a current basis?   Yes ⦿   No ○

g. Was there any postpetition borrowing, other than trade credit?  (if yes, see Instructions)   Yes ○   No ⦿

h. Were all payments made to or on behalf of professionals approved by the court?   Yes ○   No ○   N/A ⦿

i. Do you have:        Worker's compensation insurance?   Yes ○   No ⦿

    If yes, are your premiums current?   Yes ○   No ○   N/A ⦿   (if no, see Instructions)

    Casualty/property insurance?   Yes ⦿   No ○

    If yes, are your premiums current?   Yes ⦿   No ○   N/A ○   (if no, see Instructions)

    General liability insurance?   Yes ○   No ⦿

    If yes, are your premiums current?   Yes ○   No ○   N/A ⦿   (if no, see Instructions)

| Debtor's Name  Kfir Gavrieli | Case No.  21-10826 |
|---|---|

| | | |
|---|---|---|
| j. | Has a plan of reorganization been filed with the court? | Yes ⦿  No ○ |
| k. | Has a disclosure statement been filed with the court? | Yes ⦿  No ○ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿  No ○ |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $21,795 |
| d. | Total income in the reporting period (a+b+c) | $21,795 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $21,795 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

| | |
|---|---|
| /s/ Robert Kors | Robert Kors |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Trustee | 08/23/2021 |
| Title | Date |

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>KFIR GAVRIELI<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS) | |
|---|---|---|
| | Case Number: | 2:21-BK-10826 BB |
| | Operating Report Number: | 8 |
| | For the Month Ending: | 7/28/21 - 7/31/21 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL 1 ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL 1 ACCOUNT REPORTS     5,483,213.55

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL 1     5,442,900.18
ACCOUNT REPORTS

3.  BEGINNING BALANCE:     40,313.37

4.  RECEIPTS DURING CURRENT PERIOD:     21,794.87

    Other (Specify)     Investment Income (Jefferson)     21,794.87

    Other (Specify)
    Other (Specify)
    Other (Specify)

5.  BALANCE:     62,108.24

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD     0.00

7.  ENDING BALANCE:     62,108.24

8.  GENERAL 1 Account Number(s):     x6814

    Depository Name & Location:     East West Bank
    135 N Los Robles Avenue, Pasadena CA 91101

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 |

GENERAL ACCOUNT
BANK RECONCILIATION

Bank Statement Date: _7/28/21 - 7/31/21_    Balance on Statement: _____$62,108.24_

Plus deposits in transit:

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT    | 0.00 |

Less Outstanding Checks:

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:    | 0.00 |

Bank statement Adjustments:    _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:    | $62,108.24 |

**I. CASH RECEIPTS AND DISBURSEMENTS**
**B. (GENERAL 2 ACCOUNT)**

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL 2 ACCOUNT REPORTS      3,836,761.53

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL 2      3,836,761.53
ACCOUNT REPORTS

3.  BEGINNING BALANCE:      0.00

4.  RECEIPTS DURING CURRENT PERIOD:      0.00
     Other (Specify)      0.00
     Other (Specify)      0.00

5.  BALANCE:      0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
     TOTAL DISBURSEMENTS THIS PERIOD:      0.00

7.  ENDING BALANCE:      0.00

8.  GENERAL 2 Account Number(s):      x6821

     Depository Name & Location:      East West Bank
     135 N Los Robles Avenue, Pasadena CA 91101

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  | TOTAL DISBURSEMENTS THIS PERIOD: |  | 0.00 |

GENERAL ACCOUNT
BANK RECONCILIATION

Bank Statement Date:    7/28/21 - 7/31/21    Balance on Statement:    $0.00

Plus Deposits in Transit:

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT    0.00

Less Outstanding Checks:

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:    0.00

Bank Statement Adjustments:    _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:    $0.00

I. CASH RECEIPTS AND DISBURSEMENTS
C. (GENERAL 3 ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL 3 ACCOUNT REPORTS          0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL 3          0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:          0.00

4.  RECEIPTS DURING CURRENT PERIOD:          0.00
    (Transfer from DIP General acct)

5.  BALANCE:          0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:          0.00

7.  ENDING BALANCE:          0.00

8.  GENERAL 3 Account Number(s):          x7290

    Depository Name & Location:          East West Bank
                                         135 N Los Robles Avenue, Pasadena CA 91101

## TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

GENERAL ACCOUNT

BANK RECONCILIATION

Bank Statement Date: <u>7/28/21 - 7/31/21</u>   Balance on Statement:           $0.00

Plus Deposits in Transit:

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                        0.00

Less Outstanding Checks:

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                        0.00

Bank Statement Adjustments:                        _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                          $0.00

I. CASH RECEIPTS AND DISBURSEMENTS
D. (TAX ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS                        0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX                            0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                      0.00

4.  RECEIPTS DURING CURRENT PERIOD:                                         0.00
    (Transfer from DIP General acct)

5.  BALANCE:                                                                0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:                                        0.00

7.  ENDING BALANCE:                                                         0.00

8.  TAX Account Number(s):             x6828

    Depository Name & Location:        East West Bank
                                       135 N Los Robles Avenue, Pasadena CA 91101

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

TAX ACCOUNT
BANK RECONCILIATION

| Bank Statement Date: | 7/28/21 - 7/31/21 | Balance on Statement: | $0.00 |

Plus Deposits in Transit:

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks:

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                   | 0.00 |

Bank Statement Adjustments:                                 _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                      | $0.00 |

I. CASH RECEIPTS AND DISBURSEMENTS
E. (CAR ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR CAR ACCOUNT REPORTS                          800.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR CAR                              800.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                          0.00

4.  RECEIPTS DURING CURRENT PERIOD:                                             0.00

5.  BALANCE:                                                                    0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:                                            0.00

7.  ENDING BALANCE:                                                            0.00

8.  CAR Account Number(s):            x6835

    Depository Name & Location:       East West Bank
                                      135 N Los Robles Avenue, Pasadena CA 91101

TOTAL DISBURSEMENTS FROM CAR ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

CAR ACCOUNT
BANK RECONCILIATION

Bank Statement Date:    _7/28/21 - 7/31/21_    Balance on Statement:    _____$0.00

Plus Deposits in Transit:

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT    | 0.00 |

Less Outstanding Checks:

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:    | 0.00 |

Bank Statement Adjustments:    _____
Explanation of Adjustments-

|  |
|---|

ADJUSTED BANK BALANCE:    | $0.00 |

I. CASH RECEIPTS AND DISBURSEMENTS
F. (TRUSTEE ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TRUSTEE ACCOUNT REPORTS                    9,021,782.24

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TRUSTEE                                    0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                      9,021,782.24

4.  RECEIPTS DURING CURRENT PERIOD:                                                     0.00
     Other (Specify)  _____    _____
     Other (Specify)  _____    _____
     Other (Specify)  _____    _____

5.  BALANCE:                                                                9,021,782.24

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:                                                    0.00

7.  ENDING BALANCE:                                                         9,021,782.24

8.  TRUSTEE Account Number(s):              x7654

    Depository Name & Location:             East West Bank
                                            135 N Los Robles Avenue, Pasadena CA 91101

## TOTAL DISBURSEMENTS FROM TRUSTEE ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 |

# TRUSTEE ACCOUNT
## BANK RECONCILIATION

Bank Statement Date:  7/28/21 - 7/31/21   Balance on Statement:  $9,021,782.24

Plus Deposits in Transit:

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                                    0.00

Less Outstanding Checks:

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                                    0.00

Bank Statement Adjustments:                                       _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                            $9,021,782.24

I.G SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

|  |  |  |
|---|---:|---|
| General 1 Account: | 62,108.24 | |
| General 2 Account: | 0.00 | CLOSED 7/6/21 |
| General 3 Account: | 0.00 | CLOSED 7/6/21 |
| Other Accounts: Tax Account: | 0.00 | |
| Car Account: | 0.00 | CLOSED 7/1/21 |
| Trustee Account: | 9,021,782.24 | |
| Other Monies: | | |
| Petty Cash (from below): | 0.00 | |

TOTAL CASH AVAILABLE:                                          9,083,890.48

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |

TOTAL PETTY CASH TRANSACTIONS:                                      0.00

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Jason Fung | Due at maturity (9/30/23) | 0.00 | 0 | 0.00 |
| Ravi Sarin | Due at maturity (10/31/23) | 0.00 | 0 | 0.00 |
| Sonia Yu | Due at maturity (9/30/23) | 0.00 | 0 | 0.00 |
| Casa Hermosa | Due at maturity (1/25/23) or as collateral is liquidated | 0.00 | 0 | 0.00 |
| Dikla Unatin | NA - Judgment Lien * | 0.00 | 0 | 0.00 |
| Dean Unatin | NA - Judgment Lien * | 0.00 | 0 | 0.00 |
|  |  |  |  |  |
| Metro Art Brentwood (apartment lease) | Monthly | 4,670.00 | 0 | 0.00 |
| Drive Insurance / Progressive West Insurance (auto insurance) | Monthly | 370.49 | 0 | 0.00 |
| National General Insurance Company (auto insurance) | Semi-annual | 383.88 | 0 | 0.00 |
| Lincoln Financial Group (term life insurance) | Annual | 2,670.00 | 0 | 0.00 |
| Amica Mutual Insurance (renters insurance) | Monthly | 46.01 | 0 | 0.00 |
|  |  |  |  |  |
|  |  |  |  |  |
| * - This judgment is on appeal and any related claim is disputed, hence no amonts are shown for any potential post-petition payments. | | | | |
|  |  |  |  |  |
|  |  |  | TOTAL DUE: | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| Renters Insurance | Amica Mutual Insurance | $    100,000.00 | 3/2/2022 | 8/2/2021 |
| Life Insurance | Lincoln Financial Group | $ 10,000,000.00 | 3/20/2022 | 3/20/2022 |
| Auto Insurance (Tesla) | Drive Insurance | $    100,000.00 | 8/22/2021 | 8/22/2021 |
| Auto Insurance (Mercedes) | National General Ins | $      30,000.00 | 12/18/2021 | 12/18/2021 |
|  |  |  |  |  |
|  |  |  |  |  |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| 31-Mar-2021 | 12,904.64 | 325.00 | 21-Apr-2021 | 325.00 | 0.00 |
| 30-Jun-2021 | 241,088.20 | 964.35 | 10-Aug-2021 | 964.35 | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

## VI. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Kfir Gavrieli**
**July 28 - 31 Spending Analysis**

| DIP Budget Categories | DIP Gen 1 | Chase CC | July 28 - 31 |
|---|---|---|---|
| Residence (incl Rent & Upkeep) | 0.00 | 0.00 | 0.00 |
| Utilities | 0.00 | 304.40 | 304.40 |
| Food and Housekeeping Supplies | 0.00 | 65.71 | 65.71 |
| Clothing, Laundry, and Dry Cleaning | 0.00 | 0.00 | 0.00 |
| Personal Care Products and Services | 0.00 | 0.00 | 0.00 |
| Medical and Dental Expenses | 0.00 | 803.00 | 803.00 |
| Transportation | 0.00 | 9.00 | 9.00 |
| Books/Magazines/Home Entertainment | 0.00 | 5.99 | 5.99 |
| Recreation | 0.00 | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 | 0.00 |
| Other Expenditures | 0.00 | 0.00 | 0.00 |
| Charitable and Religious Contributions | 0.00 | 0.00 | 0.00 |
| | 0.00 | 1,188.10 | 1,188.10 |

<u>Notes:</u>

Amounts charged to the Chase credit card were summarized into the format of the DIP budget, as shown above.  These amounts are paid in arrears and so will be paid in August.

The amounts above have been preliminarily categorized based on the location where the expense was incurred and no effort has been made to identify or reclassify any amounts relating to the Debtor's investment activities into the "Other Expenditures" category.

# EAST WEST BANK
*Your financial bridge*

Direct inquiries to:
888 761-3967

9300 Flair Dr., 1St FL
El Monte, CA. 91731

**ACCOUNT STATEMENT**

Page  1  of  1
STARTING DATE: July 01, 2021
ENDING DATE: July 31, 2021
Total days in statement period: 31

██████6814
( 0)

BK EST/KFIR GAVRIELI DEBTOR (GENERAL)
ROBERT KORS CH 11 TRUSTEE
CASE #21-10826
232 QUADRO VECCHIO DR
PACIFIC PASLISADES CA 90272

Receive your account statements
electronically for a paperless experience!
Sign up for eStatements via our Online
Banking or Mobile App. You can access
up to seven years of account history. Visit
digital.eastwestbank.com or call
833.468.8356 to learn more.

## Business Elite

| | | | |
|---|---|---|---|
| Account number | ██████6814 | Beginning balance | $5,229,220.71 |
| Low balance | $40,313.37 | Total additions (1) | 21,794.87 |
| Average balance | $41,873.35 | Total subtractions (3) | 5,188,907.34 |
| | | Ending balance | $62,108.24 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 07-30 | Wire Trans-IN | 10401 JEFFERSON LP | 21,794.87 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 07-01 | Transfer Debit | TR TO XXXXX17654 | 5,184,220.71 |
| 07-02 | Preauth Debit | Brody, Inc WEB PMTS 210702 | 4,670.00 |
| 07-07 | Preauth Debit | SO CAL GAS PAID SCGC 210706 | 16.63 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-30 | 5,229,220.71 | 07-02 | 40,330.00 | 07-30 | 62,108.24 |
| 07-01 | 45,000.00 | 07-07 | 40,313.37 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# EAST WEST BANK

Your financial bridge

Direct inquiries to:
888 761-3967

9300 Flair Dr., 1St FL
El Monte, CA. 91731

**ACCOUNT STATEMENT**

Page  1  of  1
STARTING DATE: July 01, 2021
ENDING DATE: July 31, 2021
Total days in statement period: 31

██████6821

( 0 )

BK EST/KFIR GAVRIELI DEBTOR (GENERAL #2)
SARA CHENETZ CH 11 TRUSTEE
CASE #21-10826
C/O PERKINS COIE LLP
1888 CENTURY PARK E SUITE 1700
LOS ANGELES CA 90067-1721

Receive your account statements
electronically for a paperless experience!
Sign up for eStatements via our Online
Banking or Mobile App. You can access
up to seven years of account history. Visit
digital.eastwestbank.com or call
833.468.8356 to learn more.

---

** Closed Account - Final Statement

## Business Elite

| | | | |
|---|---|---|---|
| Account number | ██████6821 | Beginning balance | $3,836,761.53 |
| Low balance | $0.00 | Total additions ( 0) | .00 |
| Average balance | $0.00 | Total subtractions ( 1) | 3,836,761.53 |
| | | Ending balance | $.00 |

---

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 07-01 | Transfer Debit | TR TO XXXXX17654 | 3,836,761.53 |

---

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-30 | 3,836,761.53 | 07-01 | 0.00 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409      rev 05-16

# EAST WEST BANK

*your financial bridge*

Direct inquiries to:
888 761-3967

9300 Flair Dr., 1St FL
El Monte, CA. 91731

ACCOUNT STATEMENT
Page  1  of  1
STARTING DATE: July 01, 2021
ENDING DATE: July 31, 2021
Total days in statement period: 31
████████6828
( 0 )

BK EST/KFIR GAVRIELI DEBTOR (TAX)
ROBERT KORS CH 11 TRUSTEE
CASE #21-10826
232 QUADRO VECCHIO DR
PACIFIC PASLISADES CA 90272

Receive your account statements
electronically for a paperless experience!
Sign up for eStatements via our Online
Banking or Mobile App. You can access
up to seven years of account history. Visit
digital.eastwestbank.com or call
833.468.8356 to learn more.

## Business Elite

| | | | |
|---|---|---|---|
| Account number | ████████6828 | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions (0) | .00 |
| Average balance | $0.00 | Total subtractions (0) | .00 |
| | | Ending balance | $.00 |

** No activity this statement period **

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409    rev 05-16

# EAST WEST BANK

*Your financial bridge*

Direct inquiries to:
888 761-3967

9300 Flair Dr., 1St FL
El Monte, CA. 91731

**ACCOUNT STATEMENT**
Page   1   of   1
STARTING DATE: July 01, 2021
ENDING DATE: July 31, 2021
Total days in statement period: 31
████████6835
( 0 )

BK EST/KFIR GAVRIELI DEBTOR (CAR)
SARA CHENETZ CH 11 TRUSTEE
CASE #21-10826
C/O PERKINS COIE LLP
1888 CENTURY PARK E SUITE 1700
LOS ANGELES CA 90067-1721

Receive your account statements
electronically for a paperless experience!
Sign up for eStatements via our Online
Banking or Mobile App. You can access
up to seven years of account history. Visit
digital.eastwestbank.com or call
833.468.8356 to learn more.

---

** Closed Account - Final Statement

## Business Elite

| | | | | |
|---|---|---|---|---|
| Account number | ████████6835 | Beginning balance | | $800.00 |
| Low balance | $0.00 | Total additions | ( 0 ) | .00 |
| Average balance | $0.00 | Total subtractions | ( 1 ) | 800.00 |
| | | Ending balance | | $.00 |

---

**DEBITS**

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 07-01 | Transfer Debit | TR TO XXXXX17654 | 800.00 |

---

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-30 | 800.00 | 07-01 | 0.00 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# EAST WEST BANK
*Your financial bridge*

Direct inquiries to:
888 761-3967

9300 Flair Dr., 1St FL
El Monte, CA. 91731

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: July 01, 2021
ENDING DATE: July 31, 2021
Total days in statement period: 31
███████7290
( 0)

BK EST/KFIR GAVRIELI DEBTOR (GENERAL 3)
SARA CHENETZ CH 11 TRUSTEE
CASE #21-10826
C/O PERKINS COIE LLP
1888 CENTURY PARK E SUITE 1700
LOS ANGELES CA 90067-1721

Receive your account statements electronically for a paperless experience! Sign up for eStatements via our Online Banking or Mobile App. You can access up to seven years of account history. Visit digital.eastwestbank.com or call 833.468.8356 to learn more.

** Closed Account - Final Statement

## Business Elite

| | | | |
|---|---|---|---|
| Account number | ███████7290 | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions (0) | .00 |
| Average balance | $0.00 | Total subtractions (0) | .00 |
| | | Ending balance | $.00 |

**   ** No activity this statement period **

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# EAST WEST BANK

*Your financial bridge*

Direct inquiries to:
888 761-3967

9300 Flair Dr., 1St FL
El Monte, CA. 91731

**ACCOUNT STATEMENT**
Page 1 of 1
STARTING DATE: June 30, 2021
ENDING DATE: July 31, 2021
Total days in statement period: 32
███████7654
( 0)

BK EST/KFIR GAVRIELI DEBTOR (TRUSTEE)
ROBERT KORS CH 11 TRUSTEE
CASE #21-10826
232 QUADRO VECCHIO DR
PACIFIC PASLISADES CA 90272

Receive your account statements electronically for a paperless experience! Sign up for eStatements via our Online Banking or Mobile App. You can access up to seven years of account history. Visit digital.eastwestbank.com or call 833.468.8356 to learn more.

## Business Elite

| | | | |
|---|---|---|---|
| Account number | ███████7654 | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions (3) | 9,021,782.24 |
| Average balance | $8,739,851.55 | Total subtractions (0) | .00 |
| | | Ending balance | $9,021,782.24 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 07-01 | Transfer Credit | TR FROM XXXXX16835 | 800.00 |
| | 07-01 | Transfer Credit | TR FROM XXXXX16821 | 3,836,761.53 |
| | 07-01 | Transfer Credit | TR FROM XXXXX16814 | 5,184,220.71 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-01 | 9,021,782.24 | | | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409      rev 05-16