MARK SHINDERMAN (State Bar No. 136644)
mshinderman@milbank.com
WILLIAM SCHUMACHER (State Bar No. 303862)
wschumacher@milbank.com
MOHAMMAD TEHRANI (State Bar No. 294569)
mtehrani@milbank.com
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone:    (424) 386-4000
Facsimile:    (213) 629-5063

Proposed Attorneys for Robert Kors,
the Chapter 11 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>KFIR GAVRIELI,<br><br>                    Debtor. | Case No. 2:21-bk-10826-BB<br><br>Chapter 11<br><br>**FINAL APPLICATION OF KROST, INC FOR APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**<br><br>**Hearing:**<br>Date:    October 13, 2021<br>Time:    10:00 a.m.<br>Place:   United States Bankruptcy Court<br>         255 East Temple Street<br>         Courtroom 1539<br>         Los Angeles, California 90012 |

| Basic Information | |
|---|---|
| Name of Applicant: | Krost, Inc. |
| Name of Client: | The Debtor |
| Petition Date: | February 1, 2021 |
| Date of Order Approving Employment and Retention: | April 29, 2021, Effective as of February 1, 2021 |

| Final Application | |
|---|---|
| Time Period Covered: | February 1, 2021 through and including July 28, 2021 |
| Total Hours Billed: | 45 |
| Total Fees Requested: | $21,375.00 [1] |
| Total Expenses Requested: | $0 |
| Total Fees and Expenses Requested: | $21,375.00 |
| **Historical** | |
| Fees Paid Pursuant to Monthly Statements: | $0 |
| Expenses Paid Pursuant to Monthly Statements: | $0 |
| Total Fees and Expenses Paid Pursuant to Monthly Statements: | $0 |
| Remainder Between Fees and Expenses Sought for Approval and Fees and Expenses Paid: | $21,375.00 |
| **Related Information and Case Status** | |
| This is a(n): __X__ interim __X__ final application. | |

---

[1] **Krost has elected to waive all fees related to preparing this final fee application and appearing at the final fee hearing.**

**FINAL FEE APPLICATION OF KROST, INC
AS ACCOUNTANT TO THE DEBTOR
(FEBRUARY 1, 2021 – JULY 28, 2021)[2]**

| Name | Practice Group (Year Admitted) | Hourly Rate | Total Hours | Fees[3] |
|---|---|---|---|---|
| Robert Gosart | Tax Director | $475 | 45.0 | $21,375 |
| **Less Retainer on file as of January 31, 2021[4]** | | | | **$3,775** |
| **Total** | | | | **$ 17,600** |

---

[2]    This chart reflects fees that were incurred throughout the Application Period.

[3]    Between February 1, 2021 to July 28, 2021, Krost provided debtor tax preparation & tax consulting services

[4]    Krost currently has a retainer of $3,775, which it is requesting to apply towards payment of the total fees requested herein.

3

**FINAL FEE APPLICATION OF KROST, INC.
AS ACCOUNTANT TO THE DEBTOR
(FEBRUARY 1, 2021 – JULY 28, 2021)**

| BILLING CODE | ACTIVITY | HOURS | FEES |
|---|---|---|---|
| T1040 | Tax preparation | 4.5 | $2,137.50 |
| TCONS | Offshore Voluntary Disclosure Project 2009-2019 | 40.5 | $19,237.50 |
| **Less Courtesy Reduction Applied to Application Period** | | | **$0** |
| **Total** | | **45** | **$21,375**[5] |

---

[5]   Krost has elected to waive all fees related to preparing this final fee application and appearing at the final fee hearing.

**FINAL FEE APPLICATION OF KROST, INC.
AS ACCOUNTANT TO THE DEBTOR
(FEBRUARY 1, 2021 – JULY 28, 2021)[6]**

| DISBURSEMENTS | AMOUNT |
| --- | --- |
| N/A | N/A |
| **TOTAL DISBURSEMENTS** | **N/A** |

---

[6]   Krost did not incur expenses during the Application Period.

MARK SHINDERMAN (State Bar No. 136644)
mshinderman@milbank.com
WILLIAM SCHUMACHER (State Bar No. 303862)
wschumacher@milbank.com
MOHAMMAD TEHRANI (State Bar No. 294569)
mtehrani@milbank.com
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone:   (424) 386-4000
Facsimile:    (213) 629-5063

Proposed Attorneys for Robert Kors,
the Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>KFIR GAVRIELI,<br><br>              Debtor. | Case No. 2:21-bk-10826-BB<br><br>Chapter 11<br><br>**FINAL APPLICATION OF KROST, INC. FOR APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**<br><br>**Hearing:**<br>Date:    October 13, 2021<br>Time:    10:00 a.m.<br>Place:   United States Bankruptcy Court<br>            255 East Temple Street<br>            Courtroom 1539<br>            Los Angeles, California 90012 |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE COMMITTEE, THE U.S. TRUSTEE, THE DEBTOR, AND ALL PARTIES-IN-INTEREST:**

Krost, Inc. ("Krost"), former accountant to the debtor, Kfir Gavrieli (the "Debtor"), in the above-captioned case, hereby submits this application (the "Application"), pursuant to sections 330 and 331 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the

1    "Bankruptcy Rules"), rule 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy

2    Court for the Central District of California (the "Local Rules"), and the *Order Authorizing Interim Fee*

3    *Procedures* [Docket No. 103] (the "Interim Compensation Order"), for interim and final allowance of

4    compensation for professional services rendered by Krost to the Debtor for the period from February

5    1, 2021 through and including July 28, 2021 (the "Application Period") in the amount of $17,600 after

6    applying retainer balance at 1/31/2021 of $3,775.  Krost did not incur expenses in connection with

7    rendering such services during the Application Period.[1]

8         In support of this Application, Krost respectfully represents as follows:

9                                **BACKGROUND**

10        On February 1, 2021, the Debtor filed a voluntary petition for relief under chapter 11 of the

11    Bankruptcy Code[2] with this Court.  The Debtor served as the debtor-in-possession until June 16, 2021,

12    when the United States Trustee for Region 16 (the "U.S. Trustee") appointed the predecessor chapter

13    11 trustee, Sara Chenetz (the "Predecessor Trustee"), pursuant to the *Order Following Order to Show*

14    *Cause Re: Appointment of Chapter 11 Trustee and Directing United States Trustee to Appoint a*

15    *Chapter 11 Trustee; Order Denying Debtor's Oral Motion For A Stay Pending Appeal* [Docket No.

16    349].  The Court approved the Predecessor Trustee's appointment on June 17, 2021 [Docket No. 362].

17        On June 18, 2021, the U.S. Trustee received the *Request to the United States Trustee Pursuant*

18    *to 11 U.S.C. § 1104(b)(1) and Fed. R. Bankr. P. 2007.1(b) to Convene Meeting of Creditors to Elect*

19    *a Chapter 11 Trustee* [Docket No. 364], filed by the Official Committee of Unsecured Creditors (the

20    "Committee") and certain other parties in interest.  The U.S. Trustee noticed a meeting of creditors

21    pursuant to section 1104(b) on June 22, 2021 (the "Meeting of Creditors"), and scheduled the Meeting

22    of Creditors for July 13, 2021, at 9:15 a.m.  *United States Trustee's Report of Undisputed Election of*

23    *Trustee and Certification of Election at the Meeting of Creditors* [Docket No. 401] at 3:9-11.  The

24

25

26    [1]   Krost further reserves the right to file a supplemental request for reimbursement of additional
         expenses or payment of additional fees, if necessary, based on any unforeseen delay in connection
27       with accounting and processing of time and expenses.

28    [2]   Unless specified otherwise, all references to "section" used herein are to the Bankruptcy Code, 11
         U.S.C. §§ 101, *et seq.*, as amended.

1 U.S. Trustee received no objections to the request for a trustee election, and all claims that voted at

2 the Meeting of Creditors cast their ballots in the Trustee's favor. *Id.* at 4:10, 6:14-15.

3 The U.S. Trustee appointed the Trustee on July 27, 2021. *United States Trustee's Appointment*

4 *of Robert Kors as Chapter 11 Trustee* [Docket No. 402].    The Court approved the Trustee's

5 appointment on July 28, 2021. *Order Approving Appointment of Chapter 11 Trustee* [Docket No.

6 404]. The Trustee accepted the appointment on July 29, 2021. *Acceptance of Appointment of Chapter*

7 *11 Trustee* [Docket No. 407].

8 On August 19, 2021, the Trustee filed the *Notice of: (I) Date By Which Professionals Are*

9 *Required to File Final Fee Applications; and (II) Hearing on Final and Interim Fee Applications*

10 [Docket No. 429], requiring the Predecessor Trustee and any professionals that had been retained

11 during this chapter 11 case by either the Predecessor Trustee or the Debtor to file final fee applications

12 by September 17, 2021, including those professionals whom the Trustee intends to retain to serve the

13 bankruptcy estate.

14 ## JURISDICTION AND VENUE

15 This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is

16 proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding under 28 U.S.C. §

17 157(b)(2).

18 ## RETENTION OF KROST AND BILLING HISTORY

19 On April 29, 2021, the Court issued its *Order Approving Employment of Krost, Inc.* Docket

20 No. 235 (the "Retention Order"), authorizing Krost's retention as accountant for the Debtor effective

21 as of February 1, 2021.  The Retention Order authorized Krost to receive compensation pursuant to

22 the procedures set forth in the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the U.S.

23 Trustee Guidelines, the Interim Compensation Order, and the orders of this Court.

24 Krost has filed no monthly fee applications during this chapter 11 case.

25
26 Krost has made every effort to be efficient in this case.  Krost has staffed its team leanly, with

core accountants including Robert Gosart.

27

28

3

1    Krost has not entered into any agreement, express or implied, with any other party for the

2    purpose of fixing or sharing fees or other compensation to be paid for professional services rendered

3    in this case.

4    No promises have been received by Krost or any member thereof as to compensation in

5    connection with this chapter 11 case other than in accordance with the provisions of the Bankruptcy

6    Code.

7    **RELIEF REQUESTED**

8    By this Application, Krost seeks an order:  (a) approving, on a final basis, all compensation for

9    professional services rendered by Krost as accountants to the Debtor during the Application Period in

10    the amount of $17,600 (after applying retainer balance at January 31, 2021 of $3,775), for a total award

11    of $17,600 (the "Total Application Request");[3] and (b) authorizing and directing the Trustee to pay to

12    Krost $21,375.00, less application of the $3,775 retainer, for a total payment requested of $17,600

13    from the estate, which represents the total amount owing to Krost but unpaid as of the date hereof for

14    services rendered and expenses incurred during the Application Period.

15    **SUMMARY OF SERVICES RENDERED**

16    This chapter 11 case presented numerous large and complex issues that had to be addressed in

17    order to preserve and maximize value for creditors.  The Retention Order authorized Krost to render

18    tax/accounting to the Debtor. Pursuant to the Retention Order, Krost is entitled to compensation for

19    its services provided to the Debtor at its current hourly rates, plus reimbursement of necessary out of

20    pocket expenses.  Krost's professionals and paraprofessionals performed 45 hours of services for the

21    Debtor during the Application Period.

22    Time incurred by each professional and paraprofessional during the Application Period, and a

23    summary of the time incurred by project code is referenced in the summary pages included above,

24    with a summary of the time incurred by project code followed by detailed time entries attached hereto

25    as **Exhibit C**, **Exhibit D**, and **Exhibit E**, respectively.

26

27

28    [3]    In addition, Krost has elected to waive all fees related to preparing this final fee application and appearing at the final fee hearing.

4

The following paragraph(s) describe the primary, but not all, services rendered by Krost during the Application Period. To provide an orderly summary of the services rendered to the Debtor by Krost, and in accordance with the U.S. Trustee Guidelines, Krost has established the following separate project billing categories in connection with this case:

T1040 – Tax preparation, Individual

TCONS – Tax Consulting – Offshore Disclosure Project

TMIS – Tax Consulting, Miscellaneous

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES INCURRED**

Krost did not incur expenses during the Application Period.

**BASIS FOR RELIEF**

The professional services rendered by Krost have required a high degree of professional competence and expertise to address, with skill and dispatch, the numerous issues requiring evaluation and action by the Debtor. The services rendered to the Debtor were performed efficiently, effectively, and economically, and the results obtained to date have benefited the Debtor's estate and should be awarded.

The allowance of interim compensation for services rendered and reimbursement of expenses in chapter 11 cases is expressly provided for in section 331 of the Bankruptcy Code:

> Any professional person . . . may apply to the court not more than once every 120 days after an order for relief in a case under this title, or more often if the court permits, for such compensation for services rendered . . . as is provided under section 330 of this title.

With respect to final compensation, section 330(a)(1)(A) of the Bankruptcy Code provides, in pertinent part, that the Court may award to a professional person "reasonable compensation for actual, necessary services rendered[.]" Section 330(a)(3), in turn, provides that:

> In determining the amount of reasonable compensation to be awarded to . . . [a] professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A)   the time spent on such services;

5

(B)   the rates charged for such services;

(C)   whether the services were necessary to the administration of, or beneficial at the time which the service was rendered toward the completion of, a case under this title;

(D)   whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E)   with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and expertise in the bankruptcy field; and

(F)   whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

The Congressional policy expressed above provides for adequate compensation in order to continue to attract competent professionals to bankruptcy cases. *In re Drexel Burnham Lambert Group, Inc.*, 133 B.R. 13, 20 (Bankr. S.D.N.Y. 1991) ("Congress' objective on requiring that the market, not the Court, establish attorneys' rates was to ensure that bankruptcy cases were staffed by appropriate legal specialists."); *In re Busy Beaver Bldg. Ctrs., Inc.*, 19 F.3d 833, 850 (3d Cir. 1994) ("Congress rather clearly intended to provide sufficient economic incentive to lure competent bankruptcy specialists to practice in the bankruptcy courts.") (citation and internal quotation marks omitted).

The primary method used to determine a reasonable fee in bankruptcy cases is to calculate a "lodestar" by multiplying the number of hours reasonably expended by a reasonable hourly rate. *See In re Manoa Fin. Co., Inc.*, 853 F.2d 687, 691 (9th Cir. 1988) ("A compensation award based on a reasonable hourly rate multiplied by the number of hours actually and reasonably expended is presumptively a reasonable fee."). Courts are permitted to adjust the lodestar up or down using a "multiplier" based on the criteria listed in section 330 and consideration of the factors listed in *Kerr v. Screen Extras Guild, Inc.*, 526 F.2d 67, 70 (9th Cir. 1975) to the extent that the *Kerr* factors are not already subsumed within the initial calculation of the loadstar. *In re Buckridge*, 367 B.R. 191, 202 (Bankr. C.D. Cal. 2007) (citing cases).

1    Krost respectfully submits that the hourly rates for its professionals and paraprofessionals, and

2    the number of hours worked by its professionals and paraprofessionals, are reasonable and appropriate

3    in view of the circumstances of this chapter 11 case and the successful results Krost has achieved on

4    behalf of the Debtor, his estate, creditors, and other parties in interest thus far.

5    The total time spent by Krost accountants and paraprofessionals during the Application Period

6    was 45 hours and has a fair market value of $21,375. Krost submits that, as demonstrated by this

7    Application and the Monthly Fee Applications previously filed by Krost, and supporting exhibits to

8    each of the foregoing, Krost's services were rendered economically and without unnecessary

9    duplication of efforts. In addition, the work involved, and thus the time expended, was carefully

10    assigned in consideration of the experience and expertise required for each particular task.

11    **NOTICE**

12    Pursuant to the Interim Compensation Order, notice of this Application and a copy of this

13    application have been served upon the Trustee and the Notice Parties (as defined in the Interim

14    Compensation Order). Krost respectfully submits that, in light of the relief requested, no other or

15    further notice need be provided.

16    **CONCLUSION**

17    In summary, Krost respectfully requests that the Court enter an order: (a) approving, on a final

18    basis, all compensation for professional services rendered by Krost as accountants to the Debtor during

19

20

21

22

23

24

25

26

27

28

1  the Application Period in the amount of $21,375[4] ; (b) authorizing and directing the Trustee to pay

2  Krost $17,600 from the estate, which represents the total amount owing to Krost after the

3  application of the $3,775 retainer but unpaid as of the date hereof for services rendered during the

4  Application Period; and (c) granting such further relief as is just.

5

6  DATED:  September 9, 2021                KROST, INC.

7

8

9                                          Gregory A Kniss, CPA

10                                         Accountant

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  [4] As noted previously, Krost did not incur expenses during the Application Period, however, Krost
    reserves the right to file a supplemental request for reimbursement of additional expenses or
28  payment of additional fees, if necessary, based on any unforeseen delay in connection with
    accounting and processing of time and expenses.

## DECLARATION OF GREGORY A KNISS

I, Gregory A Kniss, declare as follows:

1.      I am a Principal in the accounting firm of Krost, Inc. "Krost", accountants of record for the Debtor in the above-captioned case.  The following is within my personal knowledge and if called upon as a witness I could and would testify competently thereto.  I am submitting this declaration in support of the *Final Application of Krost for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred* (the "Application").

2.      I have reviewed the requirements of Local Rule 2016-1 and believe that the Application complies with the requirements of that rule.

3.      In the ordinary course of its business, Krost keeps a record of all time expended by its professionals and paraprofessionals in the rendering of professional services on a computerized billing system as follows: at or near the time the professional services are rendered, attorneys and other professionals of Krost either (i) record in writing on a time sheet the client name and/or internally-assigned matter number, the duration of time expended, and a description of the nature of the services performed, or (ii) input the time record, including the client/matter number, duration of time expended, and description of the nature of the services performed directly into Krost's computer billing system. For the professionals who record their time on a written time sheet as set forth in (i) above, the information contained on the time sheets is subsequently entered into Krost's computer billing system. Krost's computer billing system computes the time expended by each professional by their applicable billing rate to calculate the associated fee.  Krost conducts its business in reliance on the accuracy of these business records.

4.      Krost tracks reimbursable expenses in a similar manner as set forth above for professional services (*i.e.*, Krost enters the expenses into its computer billing system at or around the time the expense is incurred).

5.      I have reviewed Krost's monthly fee statements for chapter 11 services rendered in connection with its representation of the Debtor in this case, which include detailed time entries and descriptions of reimbursable expenses.

6.     Attached as **Exhibit 1** hereto are the firm biographies of the accountants responsible for services in this case.

7.     I participated in preparing the Application.  To the best of my knowledge, information, and belief, the facts in the Application are true and correct.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of September 2021 in Pasadena, California.


Gregory A Kriss, CPA

Case No. 2:21-bk-10826-BB

Exhibit 1



# About Us

Established in 1939 in Pasadena, California, KROST, is a full-service Certified Public Accounting and Consulting firm serving clients across various industries. Our focus is recognizing opportunities and creating value for our clients by equipping them with the tools to make better business and financial decisions for the future.



## Locations

**Pasadena - Headquarters**
225 S Lake Ave, Suite 400
Pasadena, CA 91101

**Valencia**
26650 The Old Road, Suite 216
Valencia, CA 91381

**Woodland Hills**
21650 Oxnard Ave, Suite 1700
Woodland Hills, CA 91367

**West Los Angeles**
6701 Center Drive W, Suite 825
Los Angeles, CA 90045

## Industries Served

- **Financial Services**
- **Grocery**
- **Manufacturing & Distribution**
- **Hospitality**
- **Not-for-Profit**
- **Professional Services**
- **Real Estate**
- **Restaurant / Foodservice**
- **Retail**
- **Technology**
- **Sports & Entertainment**

## Employees

As one of the oldest local firms in Pasadena, we understand that quality service starts with quality people. Our bright, energetic team of professionals has acquired the knowledge and expertise necessary to provide sound advice to our clients in any situation.

### Your Success is our Bottom Line

 With over 80 years of experience, our firm has assisted thousands of businesses and individuals reach their ultimate potential. Our philosophy of working hard, finding opportunities for our clients, and keeping their best interests in mind has helped our clients achieve their financial goals.

© 2021 KROST. All rights reserved.



KROST | 626.449.4225 | www.KROSTCPAs.com

# Corporate Services

In today's fast-paced, technology-driven environment, business is more complex, which means that you need a partner that is flexible and capable of handling the evolving needs of your business. At our core, we believe that better information leads to better decision-making. That is why we provide a comprehensive service package with our clients' needs in mind.

 **Accounting & Write-up Services**

KROST's accounting solutions help you to make sound decisions while focusing on the direct needs of your business. Our accounting department is staffed with experienced professionals who understand how to prepare and analyze financial information, identifying opportunities and challenges faced by your organization and ways to address them. From standard bookkeeping to complex compilations and financial statements, our goal is to provide you with valuable insight into the results of your business operations.

 **Tax Planning & Compliance**

One of our greatest strengths is that we understand the complexities of taxation. Our thorough knowledge of tax law enables us to address not only day-to-day but also complex tax issues in an efficient manner. KROST's Tax Compliance services focus on income and estate tax return preparation, we also assist our clients with local, property, excise, sales and other industry-specific taxes. At KROST we view Tax Planning and Tax Compliance as very different services. While both require a strong knowledge of current and pending tax law, proper planning enables a taxpayer to obtain the best long-term results. We pride ourselves in finding creative and unique tax planning opportunities that result in minimized tax obligations.

 **Business Consulting & Advisory Services**

KROST's business consulting and advisory team works extensively with executives of closely held, family owned, and emerging companies. The broad business experience of our professionals allows us to provide valuable input to management from the start of the business through its sale or succession. Our involvement can be either minimal or hands-on, based on your needs, and our goal is always centered on increasing profitability and building value for shareholders.

 **Mergers & Acquisitions**

Whether your company is selling, buying, financing or re-capitalizing, we provide the analytics, strategy, and execution to fulfill your needs. Our team has in-depth knowledge and expertise in buy-side and sell-side M&A, capital raising, and related advisory services. From data preparation, marketing, deal structure, due diligence to closing, we can assist before, during and after a transaction.

 **PPP Forgiveness Application Review Service**

Our professional team has in depth knowledge and expertise in PPP Loans. KROST is providing a PPP Forgiveness Application Review Service to assist borrowers in ensuring they qualify for forgiveness while maximizing the forgivable amount and lenders in processing applications for PPP loan forgiveness that they have received from their borrowers.

© 2021 KROST. All rights reserved.



**KROST** | 626.449.4225 | www.KROSTCPAs.com

# Corporate Services

### Wealth Management

KROST Wealth believes that exceptional financial planning comes by accounting for every aspect of your future through an integrated, team-based approach to your tax sensitive financial plans. We believe that it is our responsibility to our clients to provide objective and logical financial advice, services, and solutions in a way that always puts the client's needs first.

### Assurance & Advisory Services

We understand your business, the amount of time it takes to finish your work and the challenges faced throughout the year. Armed with this knowledge, we work with our clients to provide assurance that their numbers are reasonable, and to advise the right course of action when those numbers aren't painting the best picture of their business. Our ultimate goal is to add value to our clients, and to do that we use innovative technology and time-tested procedures to systematically tackle each of the engagement steps. We believe in teamwork and proactive communication, which allows us to complete the engagement smoothly and achieve a mutually desired set of goals.

### Estate, Probate & Trust

KROST's estate planning team has worked with many family owned and privately held companies through the inevitable transition of family wealth and estate succession. Our primary goal is to assist individuals and their attorneys in effectively transferring wealth while minimizing unnecessary estate, gift and generation-skipping taxes. We can coordinate all of your trust, probate and estate planning needs to ensure a smooth transition while minimizing emotional, tax and administrative burdens.

### Cost Segregation Studies

Cost Segregation is a tool that allows companies and individuals who have constructed, purchased, expanded, or remodeled any kind of real estate to increase cash flow by accelerating depreciation deductions and deferring federal and state income taxes. We have successfully conducted thousands of studies on facilities ranging in size from 10,000 to over one million square feet, resulting in the deferral of hundreds of millions in taxes.

### Research & Development Tax Credit Consulting

The Research & Development tax credit program is a federal and state tax incentive designed to promote innovation in the United States. It allows companies to take credits for funds invested in research and development activities. Our Research & Development tax credit services allow qualifying companies to obtain maximum benefits by lowering tax obligations and increasing overall earnings.

### IC-DISC Federal Export Tax Incentive

The Interest Charge Domestic International Sales Corporation (IC-DISC) offers significant Federal income tax savings for making or distributing US products for export. The IC-DISC was originally created by Congress to promote export sales by allowing companies to defer income, with interest charged on the deferred tax. Now, the IC-DISC provides significant and permanent tax savings for producers and distributors of U.S. made products used abroad.

© 2021 KROST. All rights reserved.



KROST | 626.449.4225 | www.KROSTCPAs.com

# Greg A. Kniss, CPA

## Managing Principal

Gregory Kniss, CPA, is Managing Principal of KROST. Greg has been actively involved with the firm's business consulting and tax practice for over 37 years.

Early in his career, Greg expanded and later became the Principal in charge of the firm's restaurant industry practice. Over the years, it became the firm's largest industry niche. Today, the restaurant group does outsourced accounting, financial, tax and operational consulting for restaurant companies in several states. In 2001, he introduced the tax concept of Cost Segregation to the Principal group and established a separate tax consulting practice. Today, KBKG is a national tax consulting practice providing specialty tax services, including Cost Segregation, Research and Development tax credits, Green Building tax incentives, employment tax credit consulting, Repairs vs Capitalization consulting, IC-DISC consulting, and Section 199 consulting to clients around the country.



Currently, Greg is the Managing Principal of KROST and its sister company KBKG with 14 Principals and approximately 150 total team members in (8) eight offices around the country (Pasadena, CA, Woodland Hills, CA, Valencia, CA, West Los Angeles, CA, New York City, Chicago, Dallas, and Atlanta).

### Education
- Bachelor of Science in Business Administration, emphasis in Accounting, California Lutheran University

### Professional Affiliations
- Member of California Society of Certified Public Accountants (CalCPA)
- Member of American Institute of Certified Public Accountants (AICPA)
- Member of California Restaurant Association
- Member of National Restaurant Association

© 2021 KROST. All rights reserved.



KROST | 626.449.4225 | www.KROSTCPAs.com

# Robert J. Gosart, CPA

## Director - Tax

Robert (Bob) Gosart is a Tax Director at KROST. Bob has 40 years of experience providing tax advice and compliance services to clients in a variety of different businesses and industries. His areas of focus include high net worth individuals and their closely held businesses; entity selection; real estate; S corporations; buying and selling a business; tax controversy; and international taxation.



### Education
- Bachelor of Arts in Business Administration, emphasis in Accounting, Western Connecticut State University

### Professional Affiliations
- Member of California Society of Certified Public Accountants (CalCPA)
- Member of American Institute of Certified Public Accountants (AICPA)

© 2021 KROST. All rights reserved.

**EXHIBIT A**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD FEBRUARY 1 TO JULY 28, 2021**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Robert Gosart | Tax Director | $475 | 45.0hrs | $21,375 |
| **SUBTOTAL** | | | | |
| | Less: Retainer on file as of January 31, 2021 | | | $3,775 |
| **GRAND TOTAL** | | | | **$17,600** |

**EXHIBIT B**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD FEBRUARY 1 TO JULY 28, 2021**

| Task Code | Task Description | Total Hours | Total Fees |
|-----------|------------------|-------------|------------|
| T1040 | Tax Preparation | 4.5 | 2,137.50 |
| TCONS | Offshore Voluntary Disclosure Project 2009-2019 | 40.50 | 19,237.50 |
| **GRAND TOTAL** | | **45.0** | **21,375.00** |

# EXHIBIT C



| ID | Engag | Project | Project Description | Due Date | Staff | Activity | Date | Rate | Hrs/Units U | Comment | Bi | WIP Amt | Billed A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60294 | TAX | TCONS | Offshore Volutary Disclosure | 2/27/2019 | RJG | TMIS | 4/15/2021 | 2 - Tax | 2.50 | Per Request from Stein, prepare schedule of requested tax data, compile, upload, and email requested tax documents | | 1,187.50 | 1,187.50 |
| 60294 | TAX | TCONS | Consultations with Mike Vanderley | 1/14/2021 | RJG | TCONS | 5/3/2021 | 2 - Tax | 0.25 | Tel call with Chad Kurtz to answer his tax questions regarding partnership distributions Kfir might receive in 2021 | | 118.75 | 118.75 |
| 60294 | TAX | T1040 | T Individual Income Tax Returns | 5/17/2021 | RJG | T1040 | 5/11/2021 | 2 - Tax | 1.00 | Ext-Tel call to Kfir-also discussed 1398 election-tel call with Lavar Taylor bankruptcy attorney | | 475.00 | 475.00 |
| 60294 | TAX | T1040 | T Short Year Individual Income Tax R | 11/15/202 | RJG | T1040 | 5/12/2021 | 2 - Tax | 1.75 | Prepare short year Extension with 1368 short year election and email to client and his attorney | | 831.25 | 831.25 |
| 60294 | TAX | T1040 | T Individual Income Tax Returns | 10/15/202 | RJG | T1040 | 5/14/2021 | 2 - Tax | 0.75 | Ext | | 356.25 | 356.25 |
| 60294 | TAX | TCONS | Offshore Volutary Disclosure | 2/27/2019 | RJG | TMIS | 5/21/2021 | 2 - Tax | 2.50 | Revise amended returns 2009-2016 based upon schedule provided by Stein-prepare excell sheet to summarize income-changed to income, tax, penalties, and interest-tel calls and emails with Stein | | 1,187.50 | 1,187.50 |
| 60294 | TAX | TCONS | Offshore Volutary Disclosure | 2/27/2019 | RJG | TMIS | 5/24/2021 | 2 - Tax | 2.50 | Prepare a forecast of tax liability, penalties & interest for 2009-2016 in ex cell format for Stein | | 1,187.50 | 1,187.50 |
| 60294 | TAX | TCONS | Consultations with Mike Vanderley | 1/14/2021 | RJG | TCONS | 5/24/2021 | 2 - Tax | 0.25 | Tel call with Mike and followup email of copies of 2017 & 2019 tax returns | | 118.75 | 118.75 |
| 60294 | TAX | TCONS | Offshore Volutary Disclosure | 2/27/2019 | RJG | TCONS | 5/25/2021 | 2 - Tax | 2.50 | Prepare revised schedule of tax, penalty and interest-tel call with Stein to go over first schedule | | 1,187.50 | 1,187.50 |
| 60294 | TAX | TCONS | Offshore Volutary Disclosure | 2/27/2019 | RJG | TCONS | 6/3/2021 | 2 - Tax | 0.25 | Double check math computations on schedule sent to Stein-followup email to Stein | | 118.75 | 118.75 |
| 60294 | TAX | TCONS | Offshore Volutary Disclosure | 2/27/2019 | RJG | TCONS | 6/9/2021 | 2 - Tax | 0.25 | Respond to Mike Stein Email | | 118.75 | 118.75 |
| 60294 | TAX | TCONS | Offshore Volutary Disclosure | 2/27/2019 | RJG | TCONS | 6/10/2021 | 2 - Tax | 3.00 | Revise schedule of tax liability for Stein based upon revised income figures for Gavrieli Brands-redo amended returns 2009-2016 | | 1,425.00 | 1,425.00 |
| 60294 | TAX | TCONS | Offshore Volutary Disclosure | 2/27/2019 | RJG | TCONS | 6/11/2021 | 2 - Tax | 2.75 | Double check revises 2009-2016 income figures-email and tel call with Stein to discuss-print amended returns from 2009-2019 as pdf's and email to Stein | | 1,306.25 | 1,306.25 |
| 60294 | TAX | TCONS | Offshore Volutary Disclosure | 2/27/2019 | RJG | TCONS | 6/14/2021 | 2 - Tax | 3.00 | Revised 2013-2016 tax returns to include 8938-revise statement of dissolved entities-email to Stein-tel call with Stein. | | 1,425.00 | 1,425.00 |
| 60294 | TAX | TCONS | Offshore Volutary Disclosure | 2/27/2019 | RJG | TMIS | 6/14/2021 | 2 - Tax | 1.75 | Phone call with Stein to go over the amended returns-upload docs sent by Kfir - research reporting value of jointly held account on 8938 and discuss with Stein on the phone | | 831.25 | 831.25 |
| 60294 | TAX | TCONS | Offshore Volutary Disclosure | 2/27/2019 | RJG | TMIS | 6/15/2021 | 2 - Tax | 5.00 | Redo 2012-2016 amended returns and tax liability schedule based upon revised numbers submitted by client-tel call with Stein to review the revised returns | | 2,375.00 | 2,375.00 |

30.0 hours                                    $14,250.00

Kfir Gavrieli

Case No. 2:21-bk-10826-BB

Exhibit C

  Ref Chad is C. Kurtz at Force 10Partners

  Ref Stein or Mike Stein or Mike is M. Stein at Hochman

  Ref Kfir is K. Gavrieli

# EXHIBIT D



| ID | Engagement | Project | Project Description | Due Date | Staff | Activity | Date | Rate | Hrs/Units | Unit Price | Comment | Biller Note | WIP Amt | Billed | Adjustment | Carryover |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60294 | TAX | T1040 | T Individual Income Tax Returns | 5/17/2021 | RJG | T1040 | 3/5/2021 | 2 - Tax | 0.50 | | Review docs sent by bankruptcy attorney for billing purposes | | 237.50 | 237.50 | 0.00 | 0.00 |
| 60294 | TAX | T1040 | T Individual Income Tax Returns | 5/17/2021 | RJG | T1040 | 3/12/2021 | 2 - Tax | 0.50 | | index and upload docs 2020 docs sent by client | | 237.50 | 237.50 | 0.00 | 0.00 |
| 60294 | TAX | TCONS | Offshore Volutary Disclosure | 2/27/2019 | RJG | TMIS | 3/4/2021 | 2 - Tax | 0.25 | | Respond to email from attorney regarding getting paid during bankruptcy | | 118.75 | 118.75 | 0.00 | 0.00 |
| 60294 | TAX | TCONS | Offshore Volutary Disclosure | 2/27/2019 | RJG | TMIS | 3/31/2021 | 2 - Tax | 0.25 | | Emails and docs for bankruptcy court | | 118.75 | 118.75 | 0.00 | 0.00 |

1.50 hours                                                                $712.50

Kfir Gavrieli
Case No. 2:21-bk-10826-BB
Exhibit B

# EXHIBIT E



| ID | Engageme | Project | Project Description | Due Date | Staff | Activity | Date | Rate | Hrs/Units | Unit Price | Comment | Biller Note | WIP Amt | Billed | Adjustment | Carryover |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60294 | TAX | TCONS | Consultations with Mike Vanderley | 1/14/2021 | RJG | TCONS | 2/1/2021 | 2 - Tax | 3.25 | | Revise 2019 & 2020 tax forecast per email request from Chad-email DRAFT | | 1,543.75 | 1,543.75 | 0.00 | 0.00 |
| 60294 | TAX | TCONS | Consultations with Mike Vanderley | 1/14/2021 | RJG | TCONS | 2/4/2021 | 2 - Tax | 0.75 | | Discussions with Chad and tax return revisions regarding Lootsie | | 356.25 | 356.25 | 0.00 | 0.00 |
| 60294 | TAX | TCONS | Consultations with Mike Vanderley | 1/14/2021 | RJG | TCONS | 2/15/2021 | 2 - Tax | 0.50 | | Tel call with Kfir regarding Carried interest and other tax matters | | 237.50 | 237.50 | 0.00 | 0.00 |
| 60294 | TAX | TCONS | Offshore Volutary Disclosure | 2/27/2019 | RJG | TMIS | 2/1/2021 | 2 - Tax | 2.50 | | Telephone call with Stein to discuss offshore penalty and FBARs-rework sch | | 1,187.50 | 1,187.50 | 0.00 | 0.00 |
| 60294 | TAX | TCONS | Offshore Volutary Disclosure | 2/27/2019 | RJG | TMIS | 2/3/2021 | 2 - Tax | 1.75 | | Revise all the FBARs for Stein and email them to him | | 831.25 | 831.25 | 0.00 | 0.00 |
| 60294 | TAX | TCONS | Offshore Volutary Disclosure | 2/27/2019 | RJG | TMIS | 2/4/2021 | 2 - Tax | 0.75 | | File FBARs and email confirms to Stein | | 356.25 | 356.25 | 0.00 | 0.00 |
| 60294 | TAX | TCONS | Offshore Volutary Disclosure | 2/27/2019 | RJG | TMIS | 2/22/2021 | 2 - Tax | 1.00 | | Tel call with Stein-edit and upload fed tax returns 09-16 and email to Stein | | 475.00 | 475.00 | 0.00 | 0.00 |
| 60294 | TAX | TCONS | Offshore Volutary Disclosure | 2/27/2019 | RJG | TMIS | 2/26/2021 | 2 - Tax | 3.00 | | Prepare Statement of Dissolved Entities and Foreign Asset Statement | | 1,425.00 | 1,425.00 | 0.00 | 0.00 |

13.5 hours                                        $6,412.50

Kfir Gavrieli

Case No. 2:21-bk-10826-BB

Exhibit A

Ref Chad is C. Kurtz at Force10Partners
Ref Stein is M. Stein at Hochman
Ref Kfir is K. Gavrieli

MARK SHINDERMAN (State Bar No. 136644)
mshinderman@milbank.com
WILLIAM SCHUMACHER (State Bar No. 303862)
wschumacher@milbank.com
MOHAMMAD TEHRANI (State Bar No. 294569)
mtehrani@milbank.com
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone:    (424) 386-4000
Facsimile:    (213) 629-5063

Proposed Attorneys for Robert Kors,
the Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>KFIR GAVRIELI,<br><br>               Debtor. | Case No. 2:21-bk-10826-BB<br><br>Chapter 11<br><br>**PROOF OF SERVICE RE: FINAL APPLICATION OF KROST, INC. FOR APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**<br><br>**Hearing:**<br>Hearing Date:  October 13, 2021<br>Time:           10:00 a.m.<br>Place:          Courtroom 1539<br>                  225 E. Temple St.<br>                  Los Angeles, CA 90012 |

## **PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **2029 Century Park E, 33rd Floor, Los Angeles, CA 90067**. A true and correct copy of the foregoing document entitled: *Final Application of Krost, Inc. for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred* will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 14, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On September 14, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Kfir Gavrieli
1171 Montana Avenue #215
Los Angeles CA 90049

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 14, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Sheri Bluebond
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 14, 2021 | Mohammad Tehrani | /s/ Mohammad Tehrani |
|---|---|---|
| Date | Printed Name | Signature |

## SERVICE LIST
(Via NEF)

| | |
|---|---|
| **William H Brownstein** | Brownsteinlaw.bill@gmail.com |
| **Eryk R Escobar** | eryk.r.escobar@usdoj.gov |
| **Peter Gilhuly** | peter.gilhuly@lw.com |
| **Jordan A Kroop** | jkroop@perkinscoie.com, rleibowitz@perkinscoie.com |
| **William N Lobel** | wlobel@tocounsel.com, jokeefe@tocounsel.com; sschuster@tocounsel.com |
| **Kerri A Lyman** | klyman@steptoe.com, #-FirmPSDocketing@Steptoe.com; nmorneault@Steptoe.com; mhernandez@steptoe.com; aodonnell@steptoe.com |
| **Edward J McNeilly** | edward.mcneilly@hoganlovells.com |
| **Amy Quartarolo** | amy.quartarolo@lw.com, laura.pumerville@lw.com; amy-quartarolo2972@ecf.pacerpro.com |
| **Jeffrey M. Reisner** | jreisner@steptoe.com, #-FirmPSDocketing@Steptoe.com; klyman@steptoe.com; nmorneault@Steptoe.com |
| **Daniel S Schecter** | daniel.schecter@lw.com |
| **William Schumacher** | wschumac@milbank.com, autodocketecf@milbank.com |
| **Najah J Shariff** | najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov |
| **Mark Shinderman** | mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com |
| **Mohammad Tehrani** | mtehrani@milbank.com |
| **United States Trustee (LA)** | ustpregion16.la.ecf@usdoj.gov |
| **Johnny White** | JWhite@wrslawyers.com, aparisi@wrslawyers.com; eweiman@wrslawyers.com; chamilton@wrslawyers.com |
| **Richard Lee Wynne** | richard.wynne@hoganlovells.com; tracy.southwell@hoganlovells.com; cindy.mitchell@hoganlovells.com; rick-wynne-7245@ecf.pacerpro.com |