MARK SHINDERMAN (State Bar No. 136644)
mshinderman@milbank.com
WILLIAM SCHUMACHER (State Bar No. 303862)
wschumacher@milbank.com
MOHAMMAD TEHRANI (State Bar No. 294569)
mtehrani@milbank.com
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone:    (424) 386-4000
Facsimile:    (213) 629-5063

Attorneys for Robert Kors,
the Chapter 11 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>KFIR GAVRIELI,<br><br>Debtor. | Case No. 2:21-bk-10826-BB<br><br>Chapter 11<br><br>**DECLARATION OF MICHAEL VANDERLEY IN SUPPORT OF CONFIRMATION OF THE CHAPTER 11 TRUSTEE'S SECOND AMENDED PLAN OF REORGANIZATION**<br><br>**[Related Docket Nos. 690, 706]**<br><br>**Hearing:**<br>Date:    May 25, 2022<br>Time:    10:00 a.m.<br>Place:    United States Bankruptcy Court<br>255 East Temple Street<br>Courtroom 1539<br>Los Angeles, California 90012 |

I, Michael VanderLey, declare as follows, under penalty of perjury:

1.     I am a Partner at Force Ten Partners, LLC ("Force 10"), the Trustee's[1] financial advisor.  Force 10 is an advisory firm that specializes in financial and operational corporate restructuring, valuation, forensic accounting, complex litigation support, and computations involved in court proceedings and dispute resolution. Force 10 serves individual chapter 11 debtors, middle-market companies as well as their creditors, stakeholders, and professionals in roles including financial advisor, interim manager, fiduciary services, expert witnesses, financier, and M&A advisor.

2.     I submit this declaration in support of the Plan and *Amended Disclosure Statement for Chapter 11 Trustee's Second Amended Plan of Reorganization* [ECF No. 690] (including all exhibits thereto and as amended, modified, or supplemented from time to time, the "Disclosure Statement"). Except as otherwise noted, I have personal knowledge of the facts set forth herein and, if called as a witness, I would and could competently testify thereto.  Certain of the disclosures set forth herein are related to matters within the knowledge of Force 10 personnel acting under my direction and based on the information provided to me by them, and I am fully conversant with the analyses and work product they prepared.

### Background and Qualifications

3.     I joined Force 10 in 2017 and lead the firm's Real Estate and Real Estate Capital Markets practice.  Prior to joining Force 10, I was a Senior Managing Director at FTI Consulting where, as part of the Corporate Finance segment and member of the Real Estate Solutions group, I led the Real Estate Capital Markets practice within FTI Capital Advisors, LLC, an investment banking subsidiary of FTI.

---

[1] Capitalized terms not otherwise defined herein have the respective meanings ascribed to them in the *Chapter 11 Trustee's Second Amended Plan of Reorganization* [ECF No. 706] (including all exhibits thereto, any plan supplement, and as amended, modified, or supplemented from time to time, the "Plan").

4.  I have over 30 years of experience in the real estate and finance industries, both as a principal of and as an advisor to publicly-traded and privately-held owners and investors and domestic and international financial institutions. I received a Bachelor of Science degree in business administration, with a concentration in finance, from the W.P. Carey School of Business at Arizona State University and hold FINRA Series 7 and 63 securities licenses.

5.  My career has focused on special situations, real estate and capital markets, with an extensive background originating, underwriting, valuing, and asset-managing equity and debt investments, plus over 20 years of advisory and consulting experience.  I have substantial experience and knowledge regarding the structuring, restructuring, and valuation of complex financing and sale transactions involving both financial and non-financial assets.

6.  I have worked with public and private sponsors, operators, investors and real estate dependent operating companies on asset and portfolio-level transactions, debt and equity financings, restructurings and business combinations including joint ventures and M&A, and on strategic issues affecting enterprise value.

7.  Over the course of my career, I have led restructuring assignments and transactions involving numerous asset classes, and have originated, acquired, advised on or managed investment positions at every level of the capital structure and across the return spectrum from core to opportunistic.  I have extensive non-real estate and real estate special situations experience, having represented debtors, secured creditors, creditors' committees and equity interests in connection with numerous out-of-court restructurings and Chapter 11 cases—including leading and advising on financing and sale processes totaling over $5 billion.

8.  Examples of bankruptcy, out-of-court restructuring, and/or expert witness matters which I led or in which I had a senior role include:  Pointe San Diego; Circle K; Eddie Haggar Limited; House of Fabrics; Globelle, Inc.; Station Casinos, Inc.; Nevada Cancer Institute; Gottschalks, Inc.;

3

Great Atlantic & Pacific Tea Company; Crystal Cathedral Ministries; Spectre Performance; Hostess Brands; MSR Resort Golf Course LLC, et al; Modern Honolulu; Circus and Eldorado Joint Venture, Silver Legacy Capital Corp; BHFS I, LLC, et al; No Apples II, Moses Lake I, LLC; LCI Holding Company, Inc.; Meridian Sunrise Village, LLC; SR Real Estate Holdings, LLC; Jerry's Nugget, Inc. and Spartan Gaming, LLC; Mi Pueblo Foods; PRM Family Holding Company, LLC, et al; Fresh & Easy Neighborhood Market, Inc., et al.; City of Detroit, Michigan; Variant Holding Company, LLC; Shilo Inn Twin Falls, Boise Airport, Nampa Blvd, Newberg, Seaside East, Moses Lake and Rose Garden; Hancock Fabrics; SFX Entertainment; Oregon Department of Energy; Freedom Communications, Inc.; XS Ranch Fund VI, L.P.; PME Mortgage Fund, Inc.; Terry L. Fleming, Sr.; Friendly Village MHP Associates, LP; M3 Live; Cellpoint Corp.; Thomas Health Systems; East Bay Regional Park District; Rockport Development, Inc. and Tiara Townhomes, LLC; and Carbonlite Holdings.

9.      Similarly, the Force 10 professionals working under my direction have also been involved in numerous bankruptcy and out-of-court restructuring matters, including, recently:  Jagged Peak/TradeGlobal; YogaWorks; Carbonlite Holdings; Alpha Guardian; Coastal International; Watsonville Community Hospital; Visiting Nurse Association of the Inland Counties; South Coast Behavioral Health; East Coast Foods; Coastal International; Bruce Reyner / Reyner Lighting and Sign; Sugarfina; and Thomas Health Systems.

## **The Liquidation Analysis, Financial Projections, and Disposable Income Analysis**

10.      My team and I worked with the Trustee and the Estate's other professionals in preparing the liquidation analysis attached as Exhibit B to the Disclosure Statement (the "Liquidation Analysis"), the financial projections attached as Exhibit C to the Disclosure Statement (the "Financial Projections"), and the disposable income analysis attached as Exhibit D to the Disclosure Statement (the "Disposable Income Analysis").

11.     With respect to the Financial Projections, Force 10 originally projected that the Estate's professional fees from the Petition Date through the Effective Date would be approximately $9.8 million. Projected professional fees were based on actual fees and expenses incurred through November 2021, plus estimates for the six-month period December 2021 through the Effective Date provided by each of the Estate's professionals.  However, actual professional fees incurred from December 2021 through February 2022[2] have been materially higher than the Estate's professionals anticipated because of the significant number of pleadings filed by and discovery served by the Unatins both immediately prior to and following the filing of the Disclosure Statement, which pleadings and discovery required the Estate's response.[3]  As a result, actual professional fees incurred by Estate professionals from December 2021 through February 2022 were $2.3 million, over $1.3 million (138%) more than the $971,000 contemplated for the same three-month period in the Financial Projections.  Accordingly, after adjusting for the variance and considering possible run rates for professional fees through May 2022, I believe that total professional fees for the period from the Petition Date through the Effective Date will be in the range of $11.1 million to $12.4 million.

---

[2] Professional fee statements for the Estate's professionals for March 2022 were filed on April 25th; professional fee statements for the Committee's professionals for March 2022 have yet to be filed as of the date of this declaration.

[3] For example, I understand that at the time the professional fee estimates were prepared (*i.e.*, late December 2021), the Estate's professionals did not anticipate the Unatins would file an estimation motion [Docket No. 612], a motion seeking allowance of an administrative claim [Docket No. 664], or an objection [Docket No. 669] to the Disclosure Statement—especially given that the Trustee had invited the Unatins to submit disclosures to resolve the Unatins' potential disclosure issues and because the Plan preserves for adjudication after the Effective Date the Unatins' rights and claims. Nor was there any way to predict that the Unatins would serve a deluge of discovery in contravention of the Discovery Agreement [Docket No. 442], targeted at information outside the confines of Plan confirmation, and which forced the Trustee and his professionals to incur fees to respond and obtain a protective order. *See Order Granting in Part and Denying in Part the Trustee's and Debtor's Joint Motion for Protective Order* [Docket No. 739] (stating that the Unatins' discovery must be limited to issues related to plan confirmation).

12.    At the time the Financial Projections were finalized for inclusion with the Disclosure Statement, distributions on account of the Private Investments were projected to be approximately $5.5 million for 1Q2022. However, actual distributions for 1Q2022 were approximately $5.3 million, a difference largely due to purchase price holdbacks associated with the sale of an operating business owned in part by a private equity LLC that is one of the Private Investments.

13.    Based on my experience and my work on the financial information set forth in the Disclosure Statement, I believe the assumptions and analyses upon which the Liquidation Analysis, the Financial Projections (as modified by my statements in paragraphs 11-12 above), and the Disposable Income Analysis are based are reasonable and well founded.

14.    With respect to the Plan Backstop, I am familiar with the financial wherewithal of RJB Partners to perform under the Plan Backstop based on documents and information provided to Force 10 pursuant to a confidentiality agreement. Based on my review and analysis of the documents and information provided (the "Confidential Financial Information"), I believe that RJB has the financial capability to meet its obligations under the Plan Backstop. Further, the principal of RJB, Joseph Sanberg, has provided a guaranty of RJB's obligations under the Plan Backstop (the "Guaranty").

15.    A true and correct copy of the Guaranty is attached hereto as Exhibit A.

16.    Based on information available in the public domain, including articles referenced *infra*, Mr. Sanberg is well-known as a multimillionaire, self-made investor, and entrepreneur. *See* https://www.theatlantic.com/politics/archive/2019/03/joe-sanberg-mulls-long-shot-presidential-campaign/586087/ (attached hereto as Exhibit B); https://www.businessinsider.com/why-one-progressive-entrepreneur-supports-a-wealth-tax-2021-4 (attached hereto as Exhibit C).

17.    In addition to the above, I have also reviewed Securities and Exchange Commission ("SEC") filings and closing price data from the New York Stock Exchange with respect to Mr. Sanberg's and RJB's ownership interests in Blue Apron Holdings, Inc. ("Blue Apron"), as well as

SEC filings and a publicly available investor presentation with respect to Mr. Sanberg and affiliates' ownership interests in Aspiration Partners, Inc. ("Aspiration").

18.    I reviewed the Schedule 14A (Preliminary Proxy Statement) filed by Blue Apron with the SEC on April 14, 2022.  Blue Apron Holdings, Inc., Preliminary Proxy Statement (Schedule 14A) (April 14, 2022).  That document contains security ownership information with respect to certain "5% owners" (i.e., parties required to file Schedule 13D or 13G beneficial owner reports as required by the SEC), including Mr. Sanberg and RJB. A summary of these holdings is shown below.

| | Shares Beneficially Owned | | |
| --- | --- | --- | --- |
| | Class A | Warrants | Total |
| Joseph Sanberg | 214,293 | | 214,293 |
| Aspiration Growth Opportunities II GP, LLC | 1,250 | | 1,250 |
| RJB Partners LLC | 6,622,956 | 9,271,620 | 15,894,576 |
| | 6,838,499 | 9,271,620 | 16,110,119 |

Note:
1) Mr. Sanberg is the managing member of Aspiration Growth Opportunities ii GP, LLC and RJB Partners, LLC

19.    Based on the April 26, 2022 closing price for Blue Apron (NYSE: APRN) of $3.53 per share multiplied by the 16.1 million shares noted above, Mr. Sanberg and affiliates' interest in Blue Apron are worth approximately $57 million.

20.    I reviewed a Form 8-K filed by InterPrivate III Financial Partners, Inc. ("InterPrivate") with the SEC on December 15, 2021, in connection with the pending merger among InterPrivate, certain affiliated entities, and Aspiration (the "Merger") described in the Disclosure Statement. InterPrivate III Financial Partners, Inc., Current Report (Form 8-K) (December 15, 2021).  The Form 8-K provides a summary of the Amended and Restated Merger Agreement, describing transaction consideration to existing shareholders of $1.75 billion at the closing date (the "Closing Consideration") plus an earn-out structure over 5 years.

21.    I also reviewed a Form S-4, filed by InterPrivate with the SEC on February 15, 2022, in connection with the pending Merger.  InterPrivate III Financial Partners, Inc., Registration

Statement (Form S-4) (February 15, 2022).  The Form S-4 contains security ownership information with respect to certain insiders of Aspiration, including Mr. Sanberg and affiliates. A summary of these holdings is shown below.

| | Common | Prefered Stock Series | | | | Warrants | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Seed | A | B-1 thru B-4 | C-1 thru C-3 | | |
| AGO, LP and Affiliates | 98,942 | 564,000 | 959,340 | 576,919 | 2,238,337 | 970,502 | 5,408,040 |
| Apogee Pacific LLC | | | | | 101,350 | | 101,350 |
| In Loving Memory of Bruce, LLC | | 5,596,500 | 1,331,790 | 932,379 | 3,262,981 | 534,187 | 11,657,837 |
| RJB Partners LLC | 2,985,000 | | | | 49,383 | | 3,034,383 |
| | 3,083,942 | 6,160,500 | 2,291,130 | 1,509,298 | 5,652,051 | 1,504,689 | 20,201,610 |
| Issued and Outstanding Converted Options | | | | | | | 3,979,835 |
| J Sanberg and Affiliated Total Capital Stock (fully diluted) | | | | | | | 24,181,445 |
| | | | | | | | |
| Aspiration Total Authrized Capital Stock (fully diluted) (pre-SPAC) | | | | | | | 80,078,598 |
| | | | | | | | |
| J Sanberg Personal Ownership Interest (minimum, based on In Loving Memory of Bruce, RJB and Converted Options) | | | | | | | 23% |
| J Sanberg and Affiliated Total Ownership Interest | | | | | | | 30% |

Notes:
1) Mr. Sanberg is the managing member and general partner of each of AGO, LP and its affiliated entities
2) Mr. Sanberg is the managing member of Apogee Pacific LLC
3) Mr. Sanberg is the sole member of In Loving Memory of Bruce, LLC
4) Mr. Sanberg is the managing member of RJB Partners LLC

22.    Based on the range of ownership percentages noted above—a minimum of 23% to as much as 30%—multiplied by the $1.75 billion Closing Consideration discussed above in paragraph 20, Mr. Sanberg and affiliates' interests in Aspiration (before considering any potential value associated with the Merger's earnout structure) are worth approximately $402 million to $525 million.

23.    On a combined basis, Mr. Sanberg and affiliates' interests in Blue Apron and Aspiration alone are worth in the range of $459 million to $582 million, roughly 13-16x the $36.5 million maximum availability under the Plan Backstop. Accordingly, based on my review of the publicly-available information discussed above as well as the Confidential Financial Information, I am satisfied that RJB has the financial capability to meet its obligations under the Plan Backstop and that Mr. Sanberg has the financial wherewithal to support the Guaranty, if required.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 27th day of April 2022, at Burlingame, California.

Michael VanderLey

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## EXHIBIT A

**Guaranty**

DocuSign Envelope ID: B44452E1-E1B5-4921-AFCF-F262B0224C6C

## GUARANTY

The undersigned ("Guarantor") acknowledges and agrees that Guarantor will derive substantial benefit from RJB Partners, LLC's ("RJB") performance pursuant to that certain Amended and Restated Revolving Credit Agreement ("Agreement") dated as of January 26, 2022, between RJB Partners, LLC, a Delaware limited liability company and ROBERT KORS, SOLELY IN HIS CAPACITY AS TRUSTEE OF THE CHAPTER 11 ESTATE OF KFIR GAVRIELI, (the "Borrower") in a bankruptcy case pending in the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court"), In re Kfir Gavrieli, Case No. 2:21-bk-10826-BB.

Guarantor, the holder of all of the direct or indirect interests of RJB, hereby jointly and severally, absolutely, unconditionally and irrevocably, as primary obligor and not merely as surety, guaranties to Borrower the payment of all of RJB's monetary obligations under the Agreement. The obligations of Guarantor hereunder shall remain in full force and effect notwithstanding any amendments to or modifications of the Agreement and shall apply thereto as amended or modified.  Guarantor hereby waives notice of demand, dishonor or presentment, and all suretyship defenses generally.  Action may be taken under this Guaranty against Guarantor with or without prior resort to any other legal, equitable or contractual remedy against RJB or otherwise.  The obligations of Guarantor under this Guaranty shall inure to the benefit of and be enforceable by Borrower and his successors and assigns permitted under the terms of the Agreement. Guarantor represents and acknowledges that Guarantor owns a substantial interest in and controls RJB, that Guarantor will derive substantial benefits from the execution of the Agreement and the transactions contemplated thereby, and that Guarantor's execution of this Guaranty is a material inducement and condition to Borrower's execution of the Agreement. Guarantor shall not have the right to assign any of its rights or obligations under this Guaranty. In the event that Borrower prevails in a court of competent jurisdiction to enforce this Guaranty against Guarantor, Guarantor shall be liable for the reasonable legal fees and costs of Borrower in such dispute.  This Guaranty is a guaranty of payment and performance.

By his signature below, Guarantor agrees to use commercially reasonable efforts to cooperate with RJB to facilitate RJB's performance of the Agreement, provided that the liability of Guarantor under this paragraph and under such sections of the Agreement shall be subject to the same limitations, including but not limited to those on remedies and damages, applicable to RJB under the Agreement.

GUARANTOR:

JOSEPH SANBERG

DocuSigned by:

557B6A08C83049A...

_____

3/28/2022

Dated: _____

1

## EXHIBIT B

2

**Publicly Available Article from The Atlantic on Mr. Sanberg**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



POLITICS

# Joe Sanberg Dares Trump to Call Him a Socialist

The multimillionaire investor says the Democrats' progressive agenda is best for jobs and economic growth.

By Edward-Isaac Dovere



Diane Bondareff / AP

MARCH 29, 2019                                                              SHARE ∨

AMES, Iowa—Joe Sanberg thinks there just might be a long-shot presidential campaign for him if he can roll his unique attributes together: growing up poor, succeeding in business, making millions on Wall Street, embracing progressive values, and celebrating his Jewish heritage.

Medicare for all, the Green New Deal, increasing corporate regulation, and investing in food stamps and Medicaid to help the poor are the kinds of issues that chased Mike Bloomberg out of the race and Howard Schultz out of the party. Sanberg's twist: He thinks the policies coming out of his party's left are actually the best ways to spark growth.

"Imagine how many businesses or inventions haven't been conceived in America because of people's dependence on employer-provided health insurance," he argued in a column for *The Nation* last week. "Medicare for All will give more people freedom to take the risk of being an entrepreneur by removing the risk that they will lose their health insurance in the process."

And he dares President Donald Trump to call him a socialist.

"I've got to make the case on behalf of our party that our progressive positions are moral, and also the smart thing for our economy," Sanberg said, standing in central Iowa at an event with Senator Cory Booker of New Jersey. He admitted later that he's gotten serious about running for president again because of Trump's clear preview of a 2020 campaign all about calling Democrats socialists. "Good luck to them if they want to call me a socialist, because businesspeople aren't socialists," he told me.

Read: Trump's new red scare

Before he was a multimillionaire, self-made investor, and entrepreneur, Sanberg, 39, grew up in Orange County, California, near Disneyland, as one of two sons of a single mother who did substitute teaching and editing, but was forever behind on bills. He learned young to hate the people who said hard work was all it took to get ahead.

Sanberg was a scholarship kid at a prep school who got into Harvard and went for a career on Wall Street that would pay him the most money right out of school. After the better part of a decade at Blackstone, he quit, made his way back to California, and hit it big as the founding investor in Blue Apron, the online meal-delivery company. He then became the founding shareholder in Aspiration, a financial-services company that specializes in socially conscious investments.

"Coming from poverty and at the same time being able to create wealth—he understands how they're interconnected personally," said Representative Ruben Gallego of Arizona, a close friend who bonded with Sanberg at Harvard, where they were poor kids amid a sea of classmates with yachts and their names on buildings. "A lot of these politicians are talking on a theoretical level."

Read: How far have the Democrats moved to the left?

For the past five years, Sanberg has been funding a nonprofit he created called Working Hero, which has helped 2 million low-income people a year get more cash back on their federal income. After creating the nonprofit, he founded the Working Hero PAC, which lobbies and backs candidates who support anti-poverty efforts.

# RECOMMENDED READING

Why Technology Favors Tyranny

**YUVAL NOAH HARARI**

Escaping Poverty Requires Almost 20 Years With Nearly Nothing Going Wrong

**GILLIAN B. WHITE**

The Nuclear Family Was a Mistake

DAVID BROOKS

This year, to deliberately inject Working Hero's tax-counseling services into the presidential race, he opened chapters in Iowa and South Carolina. Following up on the event he did with Booker, Elizabeth Warren will appear at a Working Hero event during her swing through Iowa this weekend.

Even though Republicans under Donald Trump seem to have abandoned their traditional objections to deficit spending and government intervention in corporate affairs, Sanberg believes Democrats are still largely allowing the GOP to set the terms of the economic debate and frame it as a clash between the conservative party of small government and growth, and the socialist party of big government and welfare.

For all the economic ideas from the left that have become early litmus tests in the Democratic primary race, the only real argument for growth is coming from Washington Governor Jay Inslee and his pitch that renewable energy and environmental cleanup are job creators. He talks about raising the minimum wage in Washington and having the most robust state economy in the country.

Read: Jay Inslee is betting he can win the presidency on climate change

Sanberg thinks only a successful entrepreneur who's also a progressive can make those arguments on a broader scale with any success. He thinks increasing the minimum wage will do more than corporate tax breaks to stimulate the economy. "I'm so sick and tired of Republicans calling us socialists," Sanberg said at the event with Booker, at which his nonprofit worked to help people file tax returns and receive the $3,000 they're eligible for under the earned-income tax credit. "The true socialists are

Republicans, because they have socialism for monopolies, and then competition for the rest of us, fighting like crabs in a bucket over scraps."

To be sure, he has a name-recognition problem. No one knows who Sanberg is. But he's hoping the right mix of attributes could make him an appealing, interesting alternative—like Pete Buttigieg, the mayor of South Bend, Indiana, whom he also knows from Harvard—to the better-known candidates.

Bradley Tusk, a Democratic operative who went to work for Bloomberg and then became an investor himself, said that Sanberg might actually be the exact wrong mix right now.

"Feels like he may have the worst of both worlds—all of the personal history progressives hate (i.e., someone who's made money) and support for ideas that are now much harder to advance post-Mueller," Tusk wrote in an email. "Running to advance the far left platform without having the credibility to win over left wing voters seems like a tough combination."

Tusk added, "He doesn't need to run for president to have an impact."

Last week, Sanberg bounced between Iowa and South Carolina, then headed back home to California to announce that Leonardo DiCaprio was joining his company as an investor as part of a new initiative barring money in its accounts from being lent to fossil-fuel companies.

Sanberg said he won't make a final decision about his own presidential plans until April 15, when Working Hero's focus culminates on tax day. Days later, he'll head back to Iowa and South Carolina to host Passover seders—he'll do the Iowa one in Ames and invite Steve King, a local congressman who's become famous for his apologetic attitude toward white nationalists.

Whether or not he runs—and if he does, he said, he won't self-fund—Sanberg said he's determined to try to push Democrats to a different way of talking about poverty and economics.

"When we were growing up, we used to think that your view of whether you were conservative or liberal was about how you should help people, not whether you should help people," Sanberg told me.

The same way some working-class voters felt forgotten by the Democrats and gravitated to Trump in 2016, Sanberg said, every day now there are people who fall behind on their mortgages, their student loans, even their grocery bills.

"So much of our politics tells everyone that they're middle class … But when you live paycheck to paycheck, when you're waking up in a cold sweat in the middle of the night, that's not middle class, that's poverty," Sanberg said. "Somewhere along the line, the definition of poverty was stolen by the statisticians. We need to reclaim as Democrats the definition of poverty for those who live it. Poverty isn't what the statistics say—poverty is the lived experience of real people in America."

---

Edward-Isaac Dovere is a former staff writer at *The Atlantic* and the author of *Battle for the Soul: Inside the Democrats' Campaigns to Defeat Trump*.

## MOST POPULAR

Why the Past 10 Years of American Life Have Been Uniquely Stupid

JONATHAN HAIDT



Let the *Fantastic Beasts* Movies Die

SHIRLEY LI





## The Marriage Lesson That I Learned Too Late

MATTHEW FRAY



## A Stanford Psychologist Says He's Cracked the Code of One-Hit Wonders

DEREK THOMPSON



## The End of Airplane Masking Feels Momentous

RACHEL GUTMAN



## Should Couples Merge Their Finances?

JOE PINSKER



## Who's Watching *RuPaul's Drag Race* Now?

SPENCER KORNHABER



## Russia's Isolation From the West Will Outlast the War

MARIA REPNIKOVA



## Why American Teens Are So Sad

DEREK THOMPSON



## Trump Supporters Explain Why They Believe the Big Lie

SARAH LONGWELL





FROM THE ATLANTIC

# Discover subscriber newsletters

Hear directly from nine of today's most interesting writers, every week. Explore all the newsletters and sample them for free.

Explore Newsletters

---

**ABOUT**

**CONTACT**

**PODCASTS**

**SUBSCRIPTION**

**FOLLOW**

Privacy Policy    Do Not Sell My Personal Information    Advertising Guidelines    Terms Conditions    Responsible Disclosure    Site Map

TheAtlantic.com Copyright (c) 2022 by The Atlantic Monthly Group. All Rights Reserved.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## EXHIBIT C

**Publicly Available Article from Business Insider on Mr. Sanberg**



# INSIGNER

Subscribe

**US MARKETS CLOSED**    In the news

| ▼ **Dow Jones** | ▲ **Nasdaq** | ▲ **S&P 500** | ▲ **TSLA** | ▲ **FB** | ▲ **BABA** |
| +0.72% | -1.22% | -0.06% | -4.96% | -7.77% | -3.65% |

HOME  ›  ECONOMY

# Meet the self-made entrepreneur and investor who has long backed progressive legislation — and now wants a wealth tax

**Juliana Kaplan**  Apr 27, 2021, 5:30 AM

  

Download the app



‹  HOMEPAGE

Subscribe



**Joe Sanberg.**  Larry French/Getty Images for Jefferson Awards Foundation

**Wealth taxes have been a hot topic since the 2020 campaign, and since Biden took office.**

**Joe Sanberg is a self-made entrepreneur and investor advocating for a wealth tax in California.**

**Insider spoke to the founding investor in Blue Apron about his support for it and other progressive policies.**

**Sign up for our weekday newsletter, packed with original analysis, news, and trends — delivered right to your inbox.**

Email address

S I G N   U P

By clicking 'Sign up', you agree to receive marketing emails from Insider as well as other partner offers and accept our Terms of Service and Privacy Policy.

‹ HOMEPAGE

Subscribe

Tax credits for low-income workers and direct payments to parents. An increased minimum wage. A tax on America's richest.

These were ideas that stood little chance of becoming law just months ago, before the Democrats took the White House and Senate. One even has become policy, in the case of the expanded child tax credit. The others will require more of a culture change, including buy-in from wealthy Americans.

One wealthy American is backing the passage of all of them, and more: Joe Sanberg.

It's a personal issue for Sanberg. He told Insider that he was raised in an environment with a "lot of financial uncertainty," and his family lost their home to foreclosure when he was a teenager. In fact, his family benefited from one tax credit aimed at lower and moderate-income Americans — a credit that Sanberg later successfully lobbied to expand in his home state of California.

‹ HOMEPAGE                                                        Subscribe

The millionaire investor has been a longtime activist for a higher minimum wage, and, more recently, a vocal advocate for a wealth tax in California. He told Insider that for the past decade, he's been trying to repair the world in his own way.

As far back as 2015, the LA Times reported that Sanberg was backing an expansion of the Earned Income Tax Credit (EITC), which provides refunds to lower-income

Americans. It's a measure Sanberg's mother used, according to the LA Times, and one that he helped lobby to expand in California.

Now, the EITC has been temporarily expanded under President Biden's American Rescue Plan, with more childless low-income adults eligible and various income caps adjusted. It stands to cut child poverty in half and, according to the nonpartisan Center on Budget and Policy Priorities, 17 million workers will get support from the expanded EITC.

It's one example of a progressive policy becoming a reality, and Sanberg is still pushing for more.

‹ HOMEPAGE                                                                    Subscribe

**From Wall Street to advocacy**

Sanberg's decade of liberal activism follows him scaling the heights of the academic and business worlds.

According to The Atlantic, Sanberg attended prep school on scholarship, then headed to Harvard, before making his way to Wall Street, and nearly a decade at private-equity giant Blackstone. He told Insider that a "turning point for me was when I was 29 and my brother asked — well, my brother told me — that my 18-year-old self wouldn't like my 29-year-old self. And he was right."

From that point on, Sanberg said his guiding compass became living like someone his 18-year-old self would like, and that means supporting certain policies at the government level.

"Anyone who needs to work in a job for a period of time that might not be aligned with their sense of purpose, because they need to provide for their family — that is a legitimate sense of purpose," Sanberg added. "The first thing we have to do is we have to take care of our loved ones."

---

‹  **HOMEPAGE**                                                                    Subscribe

Once you reach a point where you can secure those basic needs for your family, he

said, "I think that's when we need to ensure that what we're doing is aligned with our sense of purpose and helping others and trying to create solutions that make a better world."

After his departure from Wall Street, Sanberg went on to become a founding investor in Blue Apron, and then cofounder of Aspiration, a financial-services firm that sets out to help groups be part of a "good economy."

"Where I think capitalism broke in the last couple of decades is that there was a divorce between money and value creation," Sanberg said. "I don't think that anyone begrudges profit. I think what people don't like justifiably is when profit is born of creating destruction instead of value."

Sanberg, who is working closely with the Biden administration, Insider reported, has been a long-time advocate for raising the minimum wage, calling for it to be raised to a "compromise" level above $15. According to Politico, he even briefed the Biden transition team on the issue. He told Insider that not including that hike in the American Rescue Plan was a missed opportunity and an "inexplicable failure." (Sanberg endorsed Bernie Sanders in February 2020.)

---

❮  HOMEPAGE                                                          Subscribe

Democrats are still hashing out the future of the minimum wage, with Sens. Mitt

Romney and Kyrsten Sinema working on a bipartisan hike that could bring the wage up from $7.25 to $11 an hour.

## Next up: A wealth tax

Sanberg joined progressive leaders in California to discuss his support for statewide wealth tax proposals that would impose additional taxes on those holding over $50 million. It's a proposal that's proved divisive among moderate and progressive lawmakers in California.

"From my vantage point, I want to live in a place where everyone is doing well," Sanberg told Insider. "And as a wealth tax contributes to everyone doing better, it's something that's going to make my life a lot better too."

Taxes on the wealthy are likely to get increased national attention in the coming weeks. The second part of President Joe Biden's infrastructure package — which will focus on care infrastructure — will reportedly raise income taxes on America's highest earners. It will also increase capital gains taxes.

‹ HOMEPAGE

Subscribe

Sanberg said that new research on how wealthier people dodge their taxes is

disappointing: "They're ultimately hurting themselves, because we all do worse when there are people suffering."

—Joe Sanberg (@JosephNSanberg) *March 15, 2021*

The California tax, according to a study from several economists, could bring in around $22.3 billion a year — with half of the revenue coming from the state's roughly 170 billionaires.

"The reality is despite what anyone might counter, anyone who has that wealth over $50 million — if they're expressing God's honest truth — they'll acknowledge that their lives won't change one single bit with a wealth tax," Sanberg said. "But the lives of eight out of 10 people who live paycheck to paycheck will."

⚡ **KEEP READING**



< **HOMEPAGE**                                                                          Subscribe

**NOW WATCH:**

More:    Economy    Inequality    Inequality Tax    Wealth Tax    ⌄

❮    H O M E P A G E                                                                    Subscribe

* Copyright © 2022 Insider Inc. All rights reserved. Registration on or use of this site constitutes acceptance of our

Terms of Service,  Privacy Policy  and  Cookies Policy.

Contact Us  |  Sitemap  |  Disclaimer  |  Accessibility  |  Commerce Policy  |  CA Privacy Rights  |  Coupons  |  Made in NYC

|  Jobs

Stock quotes by finanzen.net  |  Reprints & Permissions

International Editions:

INTL  |  AS  |  AT  |  DE  |  ES  |  IN  |  JP  |  MX  |  NL  |  PL  |  ZA

CA Do Not Sell My Info