| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| CHRISTOPHER E. PRINCE (SBN 183553)<br>  cprince@lesnickprince.com<br>LESNICK PRINCE PAPPAS & ALVERSON LLP<br>315 W. Ninth Street, Suite 705<br>Los Angeles, CA  90015<br>T: (213) 493-6496 \| F: (213) 493-6596<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Dikla Gavrieli Unatin & Dean Unatin | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** LOS ANGELES DIVISION

| In re:<br><br>KFIR GAVRIELI,<br><br><br><br><br>                                                      Debtor(s). | CASE NO.: 2:21-bk-10826-BB<br>ADVERSARY NO.:<br>(*if applicable*)<br>CHAPTER: 11 |
|---|---|
| <br><br><br><br>                    Plaintiff(s) (*if applicable*).<br>vs.<br><br><br><br><br>                    Defendant(s) (*if applicable*). | **NOTICE OF APPEAL**<br>**AND STATEMENT OF ELECTION** |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):  Dikla Gavrieli Unatin & Dean Unatin

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☐ Defendant
☐ Other (*describe*):

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☒ Creditor
☐ Trustee
☐ Other (*describe*):

**Part 2: Identify the subject of this appeal**

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   Order Denying Motion To Enforce Plan Terms Regarding Post Effective Date Trustee Control Of Litigation And To Require The Trustee To Employ Counsel Without The Appearance Of An Irreconcilable Conflict (Related Doc # [989])
2. State the date on which the judgment—or the appealable order or decree—was entered: 12/23/2025

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: J. Michael Issa in his capacity as Post-Effective Date Trustee

   Attorney:

   Richard L. Wynne (Bar No. 120349) & Edward J. McNeilly (Bar No. 314588)
   richard.wynne@hoganlovells.com; edward.mcneilly@hoganlovells.com
   HOGAN LOVELLS US LLP
   1999 Avenue of the Stars, Suite 1400
   Los Angeles, California 90067
   Telephone: (310) 785-4600

2. Party: Kfir Gavrieli

   Attorney:

   Jeffrey M. Reisner (Bar No. 143715)
   jreisner@steptoe.com
   Steptoe & Johnson LLP
   633 West Fifth Street, Suite 1900
   Los Angeles, CA 90071
   Telephone: 213-439-9452

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/Christoper E. Prince                                    Date: 01/05/2026
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

Richard L. Wynne (Bar No. 120349)
richard.wynne@hoganlovells.com
Edward J. McNeilly (Bar No. 314588)
edward.mcneilly@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

*Attorneys for J. Michael Issa,*
*the Post-Effective Date Trustee*

**FILED & ENTERED**

**DEC 23 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY evangeli   DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CHANGES MADE BY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>KFIR GAVRIELI,<br><br>Debtor. | Case No. 2:21-bk-10826-BB<br>Chapter 11<br><br>**ORDER DENYING MOTION TO ENFORCE PLAN TERMS REGARDING POST EFFECTIVE DATE TRUSTEE CONTROL OF LITIGATION AND TO REQUIRE THE TRUSTEE TO EMPLOY COUNSEL WITHOUT THE APPEARANCE OF AN IRRECONCILABLE CONFLICT**<br><br>Hearing Information:<br>Date: December 17, 2025<br>Time: 1:00 p.m.<br>Place: Courtroom 1539<br>255 E. Temple Street<br>Los Angeles, CA 90012<br>In Person or Remotely Via ZoomGov |

On December 17, 2025 at 1:00 pm., a hearing (the "Hearing") was held before the Court on the *Motion to Motion to Enforce Plan Terms Regarding Post Effective Date Trustee Control of Litigation and to Require the Trustee to Employ Counsel Without the Appearance of an Irreconcilable Conflict; Memorandum of Points and Authorities; Declaration of Christopher E. Prince* [Dkt. No. 989] (the "Motion") filed by Dikla and Dean Unatin. The Court having reviewed the Motion and all papers filed in support of, and in opposition to, the Motion, and the Court having heard the arguments of counsel at the Hearing, and for the reasons set forth by the Court in its tentative ruling and at the Hearing, and good cause appearing therefor,

Hogan Lovells US LLP

\\4147-2979-4659 v1

1    **IT IS HEREBY ORDERED** that the Motion is **DENIED** in its entirety.

2    ###

Date: December 23, 2025

Sheri Bluebond
United States Bankruptcy Judge

2

\\4147-2979-4659 v1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

315 W. Ninth Street, Suite 705, Los Angeles, CA  90015

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _01/05/2026_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/05/2026 | Penelope Orpe | /s/Penelope Orpe |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**PROOF OF SERVICE OF DOCUMENT**

**<u>1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):</u>**

- **William H Brownstein**   Brownsteinlaw.bill@gmail.com

- **Amir Gamliel**   agamliel@perkinscoie.com, cmallahi@perkinscoie.com; DocketLA@perkinscoie.com

- **Kaitlyn M. Husar**   khusar@lesnickprince.com, jmack@lesnickprince.com

- **Gregory K Jones**   gjones@stradlinglaw.com, smjohnson@sycr.com; smjohnson@stradlinglaw.com

- **Tobias S Keller**   tkeller@kellerbenvenutti.com

- **Robert Allan Kors (TR)**   robertkorstrustee@gmail.com

- **Jordan A Kroop**   jkroop@pszjlaw.com, rleibowitz@perkinscoie.com

- **Allison L Libeu**   alibeu@hueston.com, sjones@hueston.com

- **William N Lobel**   wlobel@tocounsel.com, mmason@tocounsel.com

- **Kerri A Lyman**   klyman@steptoe.com, #-**FirmPSDocketing@Steptoe.com;** nmorneault@Steptoe.com; mhernandez@steptoe.com; aodonnell@steptoe.com

- **Edward J McNeilly**   edward.mcneilly@hoganlovells.com, kristel.gelera@hoganlovells.com

- **Christopher E Prince**   cprince@lesnickprince.com, mack@lesnickprince.com; cprince@ecf.courtdrive.com; jnavarro@lesnickprince.com

- **Jeffrey M. Reisner**   jreisner@steptoe.com, #-FirmPSDocketing@Steptoe.com; klyman@steptoe.com; nmorneault@Steptoe.com

- **William Schumacher**   wschumacher@winthrop.com, autodocketecf@milbank.com

- **Najah J Shariff**   najah.shariff@usdoj.gov, caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov

- **David Samuel Shevitz**   David.S.Shevitz@usdoj.gov

- **Mark Shinderman**   mshinderman@milbank.com, dmuhrez@milbank.com; dlbatie@milbank.com

- **Dara L Silveira**   dsilveira@kbkllp.com, cmitsuoka@kbkllp.com

- **Mohammad Tehrani**   mtehrani@milbank.com, aromain@milbank.com; bnicholson@milbank.com; cbrennand@milbank.com

- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

- **Johnny White**   JWhite@wrslawyers.com, jlee@wrslawyers.com

- **Richard Lee Wynne**   richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com; cindy.mitchell@hoganlovells.com; rick-wynne-7245@ecf.pacerpro.com